UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In Re:  Trudah Harding
        Debtor

Case Number:  25-11103
Chapter:      Chapter 13

VERIFICATION OF CREDITOR MATRIX – Amended

The above named Debtor hereby verify that the attached creditor listed is true and correct to the best of my knowledge.

Date: 4/8/2025

Signature of Debtor: _Trudah Harding_

USBC-MD G FILED
9 APR '25 PM 1:28

Pepco
P.O Box 13608
Philadelphia, PA. 19101



IN THE UNITED STATE BANKRUPTCY COURT
For The District of Maryland
at Greenbelt

Re: MATRIX

Debtor: Trudah Harding
Case Number: 25-11103

## CERTIFICATE OF SERVICE

I hereby Certify that a copy of the foregoing was mailed by first class mail postage prepaid from the United State Post Office to.

PEPCO
P.O. BOX 13608
PHILADELPHIA, PA. 19101

Signed by: Trudah Harding
Date: 4-8-2025
13604 Canal Vista Ct.
Potomac, Md. 20854
(202) 957-6629