IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TRUDAH A. HARDING** | ) | Case No.  25-11103 MCR |
| | ) | **(Chapter 13)** |
| **Debtor.** | ) | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| | ) |
| **CHARITY AT ITS BEST** | ) |
| | ) |
| **Movant,** | ) |
| | ) |
| v. | ) |
| | ) |
| **TRUDAH A. HARDING** | ) |
| | ) |
| **Respondent.** | ) |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY
AND HEARING THEREON
13604 Canal Vista Court, Potomac, MD 20854**

The Movant has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to exercise all rights against the property located at 13604 Canal Vista Court, Potomac, MD 20854 (the "Property") under applicable state law and its rights under Movant's Notes and Deeds of Trust with the Debtor.

A copy of the motion is attached.

**Your rights may be affected**.  You should read these papers carefully and discuss them with **your** attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by **May 27, 2025** (parties served by mail may add three (3) days to this deadline), you or your attorney must file a written response with the Clerk of the explaining your position and mail a copy to:

Rebekah F. Paradis
Benjamin P. Smith
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854

If you mail rather than hand deliver your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the deadline stated above.

If you file a timely response to the motion, the hearing on the motion will take place on **June 12, 2025**, at **10:00 AM**, in Courtroom 3-C, in the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

**IF YOU OR YOUR ATTORNEY DO NOT FILE AND SERVE A TIMELY RESPONSE TO THE MOTION, THE COURT MAY FIND THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Respectfully submitted,

**SHULMAN ROGERS, P.A.**

By: /s/ Rebekah F. Paradis
Rebekah F. Paradis (Bar No. 30948)
Benjamin P. Smith (Bar No. 17680)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL: (301) 230-5257 (Paradis)
       (301) 230-5241 (Smith)
FAX: (301) 230-2891
Email: rparadis@shulmanrogers.com
       bsmith@shulmanrogers.com

*Attorneys for Movant*

Date: May 12, 2025