Entered: May 14th, 2025  
Signed: May 13th, 2025

**SO ORDERED**

Debtor shall show cause as set forth below or file the Chapter 13 Plan and Certificate of Mailing by May 27, 2025.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–11103 – MCR**   Chapter: **13**

**Trudah A Harding**
Debtor

### ORDER TO SHOW CAUSE
### WHY CASE SHOULD NOT BE DISMISSED
### FOR FAILURE TO COMPLETE REQUIRED FILINGS

The above–captioned debtor is admonished to file:

- ☑ Chapter 13 Plan
- ☑ Certificate of Mailing Plan to all creditors
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☐ Schedules A/B C D E/F G H I J and Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs
- ☐ Other:

within fourteen (14) days. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Greenbelt Division, 6500 Cherrywood Lane, Ste. 300, Greenbelt, Maryland 20770 why this case should not be dismissed, pursuant to 11 U.S.C. § 1307(c), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:  Debtor
     Attorney for Debtor – PRO SE
     Case Trustee – Rebecca A. Herr

**End of Order**

39x01 (rev. 04/01/2022) – DanielWalston