IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

Trudah Harding Pro Se
Debtor

CHARITY AT IT'S BEST
Creditor
Rebecca F. Paradis-Attorney

Case No.  25-11103

OBJECTION TO THE MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AS TO
THE PROPERTY KNOWN AS
13604 Canal Vista Court
Potomac, Maryland 20854

COME NOW, the Debtor Trudah Harding is hereby responding to the Motion to Left the Automatic stay on the above property.

The Debtor is requesting that the court will deny their Motion for Relief of Stay. Based on the fact that Debtor is making every effort to sale or refinance the property to be able to cure the debt. If the Court allows the Debtor to sale the property.

I pray that the Court will deny their Motion to Lift the Automatic Stay and rule against the Creditor and allow the Debtor time to sale the property and not allow the Creditor to take the property from the Debtor.

Respectfully submitted,

Trudah Harding
(202) 957-6629
13604 Canal Vista Ct.
Potomac, Maryland 20854

I Certify that a copy of the foregoing was mailed by first class mail postage prepaid from the United State Post Office on May_____2025, to the following.

Rebekah F. Paradise, Esq.
Benjamin P. Smith, Esq.
12505?Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854
(301) 230-5257 (Paradise)

Rebecca Herr- Trustee
185 Admiral Cochrane Drive
Room 240
Annapolis, Maryland 21401
(301) 805-4700

IN THE UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
at Greenbelt

Trudah Harding Pro Se
Debtor

Case Number:  25-11103

Dear Judge Ruark,

I have spoken with a few attorneys, I believe that I have gotten one to agree to take my case, I am just waiting for him to draw up the Retainer Agreement.

Time was running out to respond to the Motion to Left the stay, so I responded to that motion.

I greatly appreciate your understanding concerning this matter.

Kind regards,

Trudah Harding
13604 Canal Vista Ct.
Potomac, Maryland 20854
(202) 957-6629

