IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

Trudah Harding Pro Se
Debtor

AMENDED

CHARITY AT IT'S BEST
Creditor
Rebecca F. Paradis-Attorney

Case No. 25-11103

OBJECTION TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO
THE PROPERTY KNOWN AS
13604 Canal Vista Court
Potomac, Maryland 20854

COME NOW, the Debtor Trudah Harding is hereby responding to the Motion to Left the Automatic stay on the above property.

The Debtor is requesting that the court deny their Motion for Relief of Stay. Based on the fact that the Debtor is making every effort to sale or refinance the property to be able to cure the debt. If the Court allows the Debtor to sale or refinance the property.

I pray that the Court will deny their Motion to Lift the Automatic Stay and rule against the Creditor and allow the Debtor time to sale or refinance the property and not allow the Creditor to take the property from the Debtor.

Respectfully submitted,

Trudah Harding
(202) 957-6629
13604 Canal Vista Ct.
Potomac, Maryland 20854
Date: May 27, 2025

CERTIFICATE OF SERVICE

I Certify that a copy of the foregoing was mailed by first class mail postage prepaid from the United State Post Office on May 27, 2025,, to the following.

Rebekah F. Paradise, Esq.
Benjamin P. Smith, Esq.
12505?Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854.
(301) 230-5257 (Paradise).

Charity At It's Best/ Rob Haertel
6000 S Fashion BLVD.
Suite 102
Murray, UT. 84107

Rebecca Herr- Trustee
185 Admiral Cochrane Drive
Room 24
Annapolis, Maryland 21401
(301) 805-4700