**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

IN RE:

**TRUDAH A HARDING**

Case No. **25-11103-MCR**
Chapter 13

Debtor

**NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS**

Upon the Debtor's request, and approval by the Chapter 13 Trustee, REBECCA A. HERR, the Section 341 Meeting of Creditors has been continued to **July 17, 2025 at 12:00 pm**.

The meeting of creditors will be held by Video: www.zoom.us/join, Telephone #: 1-667-406-0794, Meeting ID: 879-999-1048, Passcode: 1203282023.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

June 10, 2025

/s/ REBECCA A. HERR
REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
RHERR@CH13MD.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2025, a copy of the Notice of Continuance was mailed first class mail, postage prepaid to:

TRUDAH A HARDING
13604 CANAL VISTA COURT
POTOMAC, MD  20854
Debtor

/s/ REBECCA A. HERR
REBECCA A. HERR
Chapter 13 Trustee