IN THE UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
at Greenbelt

Debtor:  Trudah Harding-Pro Se

Case No.  25-11103
Chapter 13

IN RE:  13604 Canal Vista Ct
Potomac, Maryland 20854
619 Allison Street, N.W.
Washington, D.C.  20011

### MOTION

REQUESTING PERMISSION TO REFINANCE / SALE / OBTAIN LOAN ON THE REAL PROPERTY LISTED ABOVE.

Dear Judge You Honor and Rebecca Herr-Trustee:

Come Now, the Debtor Trudah Harding is hereby requesting that the Court give permission to the Debtor to Refinance or Sale the Real Property listed a above.

All interested parties must respond within 21 days from the date of this notice.

I pray that the Court will Grant the Debtor request.

I greatly appreciate your understanding and assistance concerning this matter.

THE MOTION IS HEREBY: _____

JUDGE: _____
DATE:_____

Respectfully submitted,

*Trudah Harding*
Trudah Harding
13604?Canal Vista Ct.
Potomac, Maryland 20854
(202)? 957-6629



CERTIFICATE OF SERVICE

I do hereby Certify that a copy of the foregoing was mailed by first class mail postage prepaid from the United State Post Office on June 30, 2025 to the following.

Rebecca Herr- Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, Maryland 21401

SCHULMAN ROGERS, P.A.
Attn: Rebekah Paradise, Esq.
   Benjamin P. Smith, Esq.
12505 Park Potomac Avenue
      Sixth Floor
Potomac, Maryland 20854

Rob Haertel
Charity At Its Best
6000 S Fashion Blvd,
Suite 102
Murray, Utah 84107

Signed by: *[signature]*
   Trudah Harding
Date: June 30, 2025
13604 Canal Vista Ct.
Potomac, Maryland 208(54
(202) 957-6629