IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

**NOTICE OF FILING PROPOSED ORDER**

Debtor hereby submits the Proposed Order inadvertently omitted from the filing of the DEBTOR'S MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING MOTION FOR RELIEF FROM STAY.

Dated: 7/3/2025

/s/ Daniel M. Press
Daniel M. Press (#07300)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpress@chung-press.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of July, 2025, I caused the foregoing Motion to be served by CM/ECF upon:

Rebecca Herr, Trustee ecf@ch13md.com

Rebekah Paradis rparadis@shulmanrogers.com

And by first class mail, postage prepaid, to:

CHARITY AT ITS BEST
6000 S Fashion Blvd. Suite 102
Murray, Utah 84107

/s/ Daniel M. Press
Daniel M. Press