# Exhibit 1

| | |
|---|---|
| Subject: | RE: Charity At Its Best Motion for Relief Hearing 6/12/2025 |
| Date: | 6/11/2025 3:15 PM |
| From: | "Rebekah Paradis" <RParadis@shulmanrogers.com> |
| To: | "cranberryj5548@gmail.com" <cranberryj5548@gmail.com> |

Good afternoon Ms. Harding,

I just left you a voicemail in regards to the motion for relief hearing scheduled for tomorrow (6/12/2025). Please give me a call at (301) 230-5257 this afternoon if you are able.

Thank you,
REBEKAH F. PARADIS
ATTORNEY AT LAW

RParadis@shulmanrogers.com | T (301) 230-5257
12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854




A Professional Association

This communication is from a debt collector and any information obtained may be used for that purpose.

**From:** Rebekah Paradis <RParadis@shulmanrogers.com>
**Sent:** Tuesday, May 13, 2025 10:51 AM
**To:** cranberryj5548@gmail.com
**Subject:** Charity At Its Best Proofs of Claim

Good morning Ms. Harding,

As requested by the Court this morning, please find a copy of both proofs of claim filed by Charity At Its Best in your bankruptcy case.

Best,
REBEKAH F. PARADIS
ATTORNEY AT LAW

RParadis@shulmanrogers.com | T (301) 230-5257
12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854




A Professional Association

This communication is from a debt collector and any information obtained may be used for that purpose.