# Exhibit 2

FAQs | Search Bills | Tax Lien Sale

# Montgomery County Real Property Tax

Account Number: **01827518**

| Levy Year | Bill Number | Bill Type | Name | Balance | View |
|---|---|---|---|---|---|
| 2025 | 45164072 | Annual Bill | MILLS-HARDING TRUDAH | 27,002.96 | View Bill |
| 2024 | 44164100 | Annual Bill | MILLS-HARDING TRUDAH | 27,916.39 | View Bill |
| 2023 | 43164141 | Annual Bill | MILLS-HARDING TRUDAH | 31,441.44 | View Bill |
| 2022 | 42164169 | Annual Bill | MILLS-HARDING TRUDAH | 29,051.33 | View Bill |
| 2021 | 41164205 | Annual Bill | HARDIN ALWIN W G | 0.00 | View Bill |
| 2020 | 40164283 | Annual Bill | HARDIN ALWIN W G | 0.00 | View Bill |
| 2019 | 39164460 | Annual Bill | HARDIN ALWIN W G | 0.00 | View Bill |
| 2018 | 38164463 | Annual Bill | HARDIN ALWIN W G | 0.00 | View Bill |
| 2017 | 37164517 | Annual Bill | HARDIN ALWIN W G & | 0.00 | View Bill |
| 2016 | 36164676 | Annual Bill | HARDIN ALWIN W G & | 0.00 | View Bill |
| 2015 | 35164777 | Annual Bill | HARDIN ALWIN W G & | 0.00 | View Bill |
| 2014 | 34164895 | Annual Bill | HARDIN ALWIN W G & | 0.00 | View Bill |
| 2013 | 33164963 | Annual Bill | HARDIN ALWIN W G & | 0.00 | View Bill |
| 2012 | 32165042 | Annual Bill | HARDIN ALWIN W G & | 0.00 | View Bill |
| 2011 | 31165415 | Annual Bill | HARDIN ALWIN W G & | 0.00 | View Bill |
| 2010 | 30165217 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2009 | 29165332 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2008 | 28165453 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2007 | 27165587 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |

| 2006 | 26165758 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2005 | 25166273 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2004 | 24166544 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2003 | 23166818 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2002 | 22167130 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2001 | 21167372 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 2000 | 20167663 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |
| 1999 | 99162399 | Annual Bill | HARDIN, ALWIN W G & | 0.00 | View Bill |

Tax Information is available on the internet as far back as 1999.

Payment processing for credit cards, e-checks, wire transfer and bill pay may extend into early October for payments which are due by September 30 and early January for payments due by December 31. Montgomery County does not honor postmark dates; payments are posted as received. Please ensure that payments are received by their due dates. If you have made a recent payment that is not reflected, please check with your financial institution as it may take up to 72 hours for your balance to be updated. If your payment has not been applied to the property tax bill after 10 days you may contact MC311 and place a service request.

# eSubscription

[Email Address]   Subscribe

Sign up for a newsletter or update your subscription preferences.

# Stay Informed

Awards
Contact Us
County Cable Montgomery
Social Media Directory
Employment Opportunities
Employee Directory

# Policies

Privacy Policy
User Rights
Accessibility
Language Translations
Social Media
County Code

# Translation

[Select Language]

Powered by Google Translate

Copyright 2025 Montgomery County Government - All Rights Reserved.

Case 25-11103    Doc 72-2    Filed 07/08/25    Page 4 of 4

Copyright 2025 Montgomery County Government - All Rights Reserved.