**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TRUDAH A. HARDING** | ) | Case No.  25-11103 MCR |
| | ) | **(Chapter 13)** |
| **Debtor.** | ) | |

**ORDER DENYING DEBTOR'S
<u>MOTIONS FOR RECONSIDERATION</u>**

**UPON CONSIDERATION** of the Motion to Reconsider Order Granting Creditor's MFR [Doc. 66] (the "Debtor's Motion to Reconsider") filed by Debtor, Trudah A. Harding ("Debtor") on June 30, 2025, and the Motion to Reconsider (Alter or Amend) Order Granting Motion for Relief from Stay filed by Debtor's counsel on July 3, 2024 [Doc. 68] ("Second Motion to Reconsider"), and the Opposition filed thereto by Charity At Its Best ("Creditor"), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor's Motion to Reconsider be, and the same is hereby, **DENIED**; and it is further,

**ORDERED**, that the Second Motion to Reconsider be, and the same is hereby, **DENIED**.

<u>Copies to:</u>

Rebekah F. Paradis, Esq.
Benjamin P. Smith, Esq.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

Daniel M. Press, Esq.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

Rebecca A. Herr, Esq.
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Trudah A. Harding
13604 Canal Vista Court
Potomac, MD 20854

**END OF ORDER**