IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TRUDAH A. HARDING** | ) | Case No. 25-11103 MCR |
| | ) | (Chapter 13) |
| **Debtor.** | ) | |

ORDER DENYING DEBTOR'S
MOTION TO SELL/REFINANCE

**UPON CONSIDERATION** of the Motion Requesting Permission to Refinance / Sale / Obtain Loan on the Real Property Listed Above (the "Motion to Sell/Refinance") [Doc. 67] filed by Debtor Trudah A. Harding ("Debtor"), and the Opposition filed thereto by Charity At Its Best ("Creditor"), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Sell/Refinance be, and the same is hereby, **DENIED**.

Copies to:

Rebekah F. Paradis, Esq.
Benjamin P. Smith, Esq.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

Daniel M. Press, Esq.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

Rebecca A. Herr, Esq.
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Trudah A. Harding
13604 Canal Vista Court
Potomac, MD 20854

**END OF ORDER**