United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-11103-MCR |
| Trudah A Harding | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 09, 2025 | Form ID: ntchrgb2 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + | Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Rebekah F. Paradis | rparadis@shulmanrogers.com  ctremper@shulmanrogers.com,nlawal@shulmanrogers.com |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25-11103 - MCR**    Chapter: **13**

**Trudah A Harding**
Debtor

# NOTICE

Virtual confirmation hearing − Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a hearing will be held on 8/5/25 at 10:30 AM
to consider and act upon the following:

66 − Motion to Reconsider Order Granting Motion for Relief From Automatic Stay Filed by Trudah A Harding (related document(s)63 Order on Motion For Relief From Stay) . (Walston, Daniel)

67 − Motion to Sell 13604 Canal Vista Court, Potomac, MD 20854 Filed by Trudah A Harding . (Walston, Daniel)

68 − Motion to Reconsider Filed by Trudah A Harding (related document(s)46 Relief from Stay and Notice of Motion filed by Creditor Charity At Its Best, 63 Order on Motion For Relief From Stay). (Press, Daniel)

72 − Opposition on behalf of Charity At Its Best Filed by Rebekah F. Paradis (related document(s)66 Motion to Reconsider filed by Debtor Trudah A Harding, 68 Motion to Reconsider filed by Debtor Trudah A Harding). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Proposed Order) (Paradis, Rebekah)

73 − Opposition on behalf of Charity At Its Best Filed by Rebekah F. Paradis (related document(s)67 Motion to Sell filed by Debtor Trudah A Harding). (Attachments: # 1 Proposed Order) (Paradis, Rebekah)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/9/25

    Mark A. Neal, Clerk of Court
    by Courtroom Deputy Clerk, Jennifer Whitfield
    301−344−0585

Form ntchrgmdb (rev. 08/13/2024)