United States Bankruptcy Court

District of Maryland

In re:   Trudah A Harding                                    Case No.  25-11103

                                                             Chapter    13

                          Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of additional creditors is true and correct to the best of their knowledge.

Date:        07/16/2025                        /s/ Trudah A Harding
                                               Signature of Debtor


                                               Signature of Joint Debtor

Montgomery County MD
27 Courthouse Square, Suite 200
Rockville, MD 20850

William C Johnson
1310 L St NW
Washington, DC 20005