**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

**CERTIFICATE OF MAILING**

PLEASE TAKE NOTICE that on this date, I mailed copies of the Notice of Commencement/341 Meeting Notice and Amended Chapter 13 Plan to the following creditor addresses.

Montgomery County MD
27 Courthouse Square, Suite 200
Rockville, MD 20850

William C Johnson
1310 L St NW
Washington, DC 20005

Dated:    July 16, 2025.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
 dpress@chung-press.com

--                                                         1