**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re                                                    )
                                                         )
Trudah A. Harding                                        )
                                                         )          No. 25-11103-MCR
                    Debtor.                               )          Chapter 13
_____)

## CERTIFICATE OF SERVICE

      This is to certify that on the 16th day of July 2025, I caused the Amended Schedules and Statement of Financial Affairs to be served by CM/ECF upon the Chapter 13 Trustee and all creditors requesting such notice as follows:

Rebecca A. Herr ecf@ch13md.com

Rebekah F. Paradis rparadis@shulmanrogers.com, ctremper@shulmanrogers.com, nlawal@shulmanrogers.com

      Dated:    July 17, 2025.

                              Respectfully submitted,

                              /s/ Daniel M. Press
                              Daniel M. Press, #07300
                              Chung & Press, P.C.
                              6718 Whittier Ave., Suite 200
                              McLean, VA 22101
                              (703) 734-3800
                              (703) 734-0590 fax
                              dpress@chung-press.com