UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

**TRUDAH A HARDING**

Case No. **25-11103-MCR**
Chapter 13

Debtor

**LINE WITHDRAWING TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION FOR AUTHORITY TO SELL / REFINANCE REAL PROPERTY**

The Clerk of this Honorable Court will kindly withdraw the Trustee's Opposition to Debtor's Motion for Authority to Sell / Refinance Real Property filed on July 16 , 2025 and appearing as Docket Entry 76 .

July 18, 2025

/s/ REBECCA A. HERR
REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
RHERR@CH13MD.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July , 2025, a copy of the Line Withdrawing Trustee's Opposition to Debtor's Motion for Authority to Sell / Refinance Real Property was mailed first class mail , postage prepaid to:

TRUDAH A HARDING
13604 CANAL VISTA COURT
POTOMAC, MD  20854
Debtor

/s/ REBECCA A. HERR
REBECCA A. HERR
Chapter 13 Trustee