IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TRUDAH A. HARDING** | ) | Case No.  25-11103 MCR |
| | ) | (Chapter 13) |
| **Debtor.** | ) | |

**ORDER SUSTAINING OBJECTION TO CONFIRMATION**
**OF DEBTOR'S CHAPTER 13 PLAN**

This matter came to be heard this date upon the Chapter 13 Plan filed by the Debtor, Trudah A. Harding on July 7, 2025 [Doc. 71] (the "Plan"), and the Objection to Confirmation of Debtor's Chapter 13 Plan (the "Objection") filed by Charity At Its Best ("Creditor"), a secured creditor, by undersigned counsel, and for good cause shown it is:

**ORDERED** that the Objection of Creditor to confirmation of the Plan, be and the same is, hereby **SUSTAINED**; and it is further,

**ORDERED** that confirmation of said Plan is denied with prejudice.

Copies to:

Benjamin P. Smith, Esq.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

Daniel M. Press, Esq.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

Rebecca A. Herr, Esq.
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Trudah A. Harding
13604 Canal Vista Court
Potomac, MD 20854

**END OF ORDER**