**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor. ) | Chapter 13 |
| ) | |

### MOTION TO SHORTEN TIME AND/OR REQUEST FOR EXPEDITED HEARING

The Movant requests that the Court shorten the time to object to the motion or other paper identified herein in accordance with Local Bankruptcy Rule 9013-7 and for the reasons explained below. If a timely objection is filed or the Court otherwise finds a hearing necessary, the Movant requests that the Court set a hearing on the motion or other paper on the date requested below or as soon as reasonably practicable.

Title of Motion or Other Paper: DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY

DEBTOR'S MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING MOTION FOR RELIEF FROM STAY

Requested Objection Deadline: August 8, 2025

Requested Hearing Date: August 13, 2025 (by zoom)

Reasons for Request: Foreclosure scheduled for 8/20/25

Parties affected by the relief requested in the Motion or Other Paper: Charity at its Best

X   I hereby certify that the reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

**CERTIFICATE OF SERVICE**

      This is to certify that on this 5th day of August, 2025, I caused the foregoing Motion to be served by CM/ECF upon:

Rebecca Herr, Trustee ecf@ch13md.com

Rebekah Paradis rparadis@shulmanrogers.com

      /s/ Daniel M. Press
      Daniel M. Press