Entered: August 6th, 2025
Signed: August 6th, 2025

**SO ORDERED**

The hearing on the motion to reconsider is scheduled for September 3, 2025 at 10:00 a.m.



_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

 

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

## ORDER GRANTING INTERIM INJUNCTION

Upon consideration of the Debtor's DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY and Debtor's MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING MOTION FOR RELIEF FROM STAY and any response thereto, it is hereby ORDERED that the Motion to Impose Interim Stay is GRANTED, and it is

FURTHER ORDERED that Charity at its Best (including all persons acting on its behalf, including its Substitute Trustee) are hereby ENJOINED from conducting or scheduling a

foreclosure sale of Debtor's property at 13604 Canal Vista Ct., Potomac Maryland, until after the Court rules on the MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING MOTION FOR RELIEF FROM STAY.

Cc:
Counsel for "Charity at its Best" (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order