Entered: August 6th, 2025
Signed: August 6th, 2025

**DENIED**

The Court granted the motion for preliminary injunction. Therefore, the motion to shorten time is moot.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

--------------------------------------------------------X
**In re:**

**Trudah A. Harding**

        **Debtors.**

--------------------------------------------------------X

Chapter 13

Case No. 25-11103-MCR

## ORDER GRANTING MOTION TO SHORTEN TIME AND/OR REQUEST FOR EXPEDITED HEARING

Having considered the Movant(s)' Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY is shortened to the date and time set forth above; and it is further

ORDERED, that a hearing upon the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY and DEBTOR'S MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING MOTION FOR RELIEF FROM STAY will be held on the date and time set forth above BY

**ZOOM** or if no date is set forth above, *a separate Notice or Order of this Court may be issued*; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY and this Order on *COUNSEL FOR* the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY may be granted without further notice or hearing.

cc:  Debtor's Counsel
     Counsel for Charity
         at its Best
     Chapter 13 Trustee



**END OF ORDER**