United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 25-11103-MCR

Trudah A Harding                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                    User: admin                          Page 1 of 1

Date Rcvd: Aug 06, 2025                 Form ID: pdfparty                     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + | Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025                      Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com<br>ctremper@shulmanrogers.com,vdeguzman@shulmanrogers.com,rparadis@shulmanrogers.com,MZawalick@shulmanrogers.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Rebekah F. Paradis | rparadis@shulmanrogers.com  ctremper@shulmanrogers.com,nlawal@shulmanrogers.com |

TOTAL: 4

Entered: August 6th, 2025
Signed: August 6th, 2025

**SO ORDERED**

The hearing on the motion to reconsider is scheduled for
September 3, 2025 at 10:00 a.m.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

**ORDER GRANTING INTERIM INJUNCTION**

Upon consideration of the Debtor's DEBTOR'S EMERGENCY MOTION TO
EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY and Debtor's
MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING MOTION FOR
RELIEF FROM STAY and any response thereto, it is hereby ORDERED that the Motion to
Impose Interim Stay is GRANTED, and it is

FURTHER ORDERED that Charity at its Best (including all persons acting on its behalf,
including its Substitute Trustee) are hereby ENJOINED from conducting or scheduling a

foreclosure sale of Debtor's property at 13604 Canal Vista Ct., Potomac Maryland, until after the

Court rules on the MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING

MOTION FOR RELIEF FROM STAY.


Cc:

Counsel for "Charity at its Best" (by CM/ECF)

Debtor's Counsel (by CM/ECF)

Trustee (by CM/ECF)

End of Order