United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-11103-MCR |
| Trudah A Harding | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 06, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 08, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com<br>ctremper@shulmanrogers.com,vdeguzman@shulmanrogers.com,rparadis@shulmanrogers.com,MZawalick@shulmanrogers.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Rebekah F. Paradis | rparadis@shulmanrogers.com  ctremper@shulmanrogers.com,nlawal@shulmanrogers.com |

TOTAL: 4

Entered: August 6th, 2025
Signed: August 6th, 2025

**DENIED**

The Court granted the motion for preliminary injunction. Therefore, the motion to shorten time is moot.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

-------------------------------------------------------X
In re:                                           :
                                                 :   Chapter 13
**Trudah A. Harding**                            :
                                                 :   Case No. 25-11103-MCR
        **Debtors.**                             :
                                                 :
-------------------------------------------------------X

**ORDER GRANTING MOTION TO SHORTEN TIME
AND/OR REQUEST FOR EXPEDITED HEARING**

Having considered the Movant(s)' Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY is shortened to the date and time set forth above; and it is further

ORDERED, that a hearing upon the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY and DEBTOR'S MOTION TO RECONSIDER (ALTER OR AMEND) ORDER GRANTING MOTION FOR RELIEF FROM STAY will be held on the date and time set forth above BY

**ZOOM** or if no date is set forth above, *a separate Notice or Order of this Court may be issued*; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY and this Order on *COUNSEL FOR* the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the DEBTOR'S EMERGENCY MOTION TO EXPEDITE RESCHEDULED HEARING OR TO IMPOSE INTERIM STAY may be granted without further notice or hearing.



cc:   Debtor's Counsel
      Counsel for Charity
        at its Best
      Chapter 13 Trustee

**END OF ORDER**