UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor. ) | Chapter 13 |
| ) | |

AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2014 AND SECTION 327 OF THE BANKRUPTCY CODE

I, KWAUATTII GOLDEN, affirm and declare under penalty of perjury as follows:

1. I am a licensed real estate agent with FAIRFAX REALTY SELECT which maintains offices at 3190 Fairview Park Dr. #100, Falls Church VA 22042..

2. I am a licensed real estate agent in the District of Columbia.

3. I submit this affidavit in support of the application of Trudah Harding (the "Debtor") to employ myself as her real estate agent to represent he in connection with the sale of real estate in the District of Columbia. Neither I, nor Fairfax Realty Select, nor any principal or associate thereof, insofar as I have been able to ascertain after reasonable investigation, has any connection with the Debtor, nor with her creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as follows:
[none].

4. The Debtor desires to employ me on a 3% + $400 seller-side commission basis pursuant to the attached standard form listing agreement (6% if buyer is unrepresented). Compensation of the agent who procures a buyer, if other than myself, would be negotiated as part of the sale contract.

5. Insofar as I have been able to ascertain, Fairfax Realty Select, and I are "disinterested persons" because we are not creditors, equity security holders, or insiders of the Debtor; are not

and were never directors, officers, or employees of the Debtor; and do not have any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

      6.  I will not, while engaged in this case, undertake representation of any other person or entity in connection therewith. As agent, I will represent solely the Debtor (seller), but in order not to exclude clients of Fairfax Realty Select, it is proposed that the brokerage, through other agents, may represent prospective purchasers as well, as is the custom in the real estate business in the District of Columbia.

      I declare under penalty of perjury that the foregoing is true and correct.

          Executed on 8/12/2025.

                                                    /s/ _KWAUATTII GOLDEN_
                                                    KWAUATTII GOLDEN