UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2014 AND SECTION 327 OF THE BANKRUPTCY CODE

I, KEYONA WRAN, affirm and declare under penalty of perjury as follows:

1. I am a licensed real estate agent with KELLER WILLIAMS PREFERRED PROPERTIES, which maintains offices at 1441 McCormick Dr., Upper Marlboro MD 20774..

2. I am a licensed real estate agent in the State of Maryland.

3. I submit this affidavit in support of the application of Trudah Harding (the "Debtor") to employ myself as her real estate agent to represent he in connection with the sale of real estate in the Montgomery County, Maryland.  Neither I, nor Keller Williams, nor any principal or associate thereof, insofar as I have been able to ascertain after reasonable investigation, has any connection with the Debtor, nor with her creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as follows:
[none].

4. The Debtor desires to employ me on a 3.5% + $495 commission basis pursuant to a standard form listing agreement.   Compensation of the agent who procures a buyer, if other than myself, would be negotiated as part of the sale contract.

5. Insofar as I have been able to ascertain, Keller Williams and I are "disinterested persons" because we are not creditors, equity security holders, or insiders of the Debtor; are not and were never directors, officers, or employees of the Debtor; and do not have any interest

materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

6. I will not, while engaged in this case, undertake representation of any other person or entity in connection therewith. As agent, I will represent solely the Debtor (seller), but in order not to exclude clients of Keller Williams, it is proposed that the brokerage, through other agents, may represent prospective purchasers as well, as is the custom in the real estate business in Maryland.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/8/2025.

/s/ KEYONA WRAN
KEYONA WRAN