**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor. ) | Chapter 13 |
| ) | |

## ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating KEYONA WRAN of KELLER WILLIAMS PREFERRED PROPERTIES to perform real estate agent services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that KEYONA WRAN of KELLER WILLIAMS PREFERRED PROPERTIES is hereby authorized and designated to perform real estate agency services for the Debtor as necessary to assist the Debtor with respect to this case, on a 3.5% + $495 (6% if buyer is unrepresented) seller-side commission.

Copies by CM/ECF to:

Counsel for Debtor
Chapter 13 Trustee

END OF ORDER