UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE:<br><br>Trudah A. Harding | CASE NO: 25-11103<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 90 |

On 8/18/2025, I did cause a copy of the following documents, described below,

NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS ECF Docket Reference No. 90

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/18/2025

/s/ Daniel M. Press
Daniel M. Press  07300

Chung & Press, P.C.
6718 Whittier Ave Ste 200
Mc Lean, VA  22101
703 734 3800
dpress@chung-press.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:

Trudah A. Harding

CASE NO: 25-11103

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 90

On 8/18/2025, a copy of the following documents, described below,

NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS ECF Docket Reference No. 90

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave Ste 200
Mc Lean, VA  22101

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
```

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>04160<br>CASE 25-11103<br>DISTRICT OF MARYLAND<br>GREENBELT<br>MON AUG 18 12-29-38 EDT 2025 | BENJAMIN P SMITH TRUSTEE<br>ROBEKAH F PARADIS TRUSTEE<br>SHULMAN ROGERS PA<br>12505 PARK POTOMAC AVENUE<br>SIXTH FLOOR<br>POTOMAC MARYLAND 20854-6801 | CHARITY AT ITS BEST<br>6000 S FASHION BLVD<br>SUITE 102<br>MURRAY UTAH 84107-5436 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MONTGOMERY COUNTY MD<br>27 COURTHOUSE SQUARE SUITE 200<br>ROCKVILLE MD 20850-2308 | (P)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |
| PEPCO<br>701 NINTH STREET NW<br>WASHINGTON DC 20001-4572 | PEPCO<br>PO BOX 13608<br>PHILADELPHIA PA 19101-3608 | ROB HAERTEL INC<br>6000 S FASHION BLVD<br>SUITE 102<br>MURRAY UTAH 84107-5436 |
| WASHINGTON SUBURBAN SANITARY COMMISSION<br>14501 SWEITZER LANE<br>LAUREL MD 20707-5901 | WILLIAM C JOHNSON<br>1310 L ST NW<br>WASHINGTON DC 20005-4561 | |