**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

|   |   |   |
|---|---|---|
| In re | : | |
| | : | Case No.: 25-11103 |
| Trudah A. Harding | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

  The undersigned counsel, pursuant to Local Rule 9010-4, gives notice that Seth W. Diamond substitutes for Rebekah Paradis as counsel of record for Fulton Bank, N.A.  By signing below, Seth W. Diamond consent to Rebekah Paradis withdrawing as counsel of record for Fulton Bank, N.A.

Dated: August 29, 2025,      Respectfully submitted,

                /s/ Benjamin P. Smith____
                Benjamin P. Smith (Bar No. 17680)
                Shulman Rogers, PA
                12505 Park Potomac Avenue, Sixth Floor
                Potomac, Maryland 20854
                (301) 230-5257 (ph)
                301-230-2891 (fax)
                bsmith@shulmanrogers.com

                Seth W. Diamond____
                Seth W. Diamond (Bar No. 28823)
                Shulman Rogers, PA
                12505 Park Potomac Avenue, Sixth Floor
                Potomac, Maryland 20854
                (301) 230-5200(ph)
                (301) 230-2891 (fax)
                sdiamond@shulmanrogers.com

**CERTIFICATE OF SERVICE**

The following parties received electronic notice of the **Notice of Substitution of Counsel** this 29th day of August 2025.

        Daniel M. Press        dpress@chung-press.com
        *Counsel for Debtor*

        Rebecca A. Herr        ecf@ch13md.com
        *Chapter 13 Trustee*

To the extent that the following persons were not served electronically via CM/ECF system, a copy of the **Notice of Substitution of Counsel** was first class mailed, postage prepaid, this 29th day of August 2025, to:

Trudah A. Harding
13604 Canal Vista Court
Potomac, MD 20854
*Debtor*

        /s/ Benjamin P. Smith
        Benjamin P. Smith

        /s/ Seth W. Diamond_____
        Seth W. Diamond