**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on the 3RD day of September 2025, I caused the Application to Employ KWAUATTII GOLDEN of FAIRFAX REALTY SELECT as Real Estate Agent (DC) and Verified Statement of Proposed Party (Docket #93) and Application to Employ KEYONA WRAN of KELLER WILLIAMS PREFERRED PROPERTIES as Real Estate Agent (MD) and Verified Statement of Proposed Party (Docket #94) to be served additionally on the US Trustee by first class mail, postage prepaid, addressed to:

Office of the US Trustee
6305 Ivy Ln # 600
Greenbelt, MD 20770

Dated:   September 3, 2025.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
 dpress@chung-press.com

--