Entered: September 3rd, 2025
Signed: September 3rd, 2025

The applicant is directed to serve a copy of the application on the United States Trustee as required by Bankruptcy Rule 2014(a) and file a supplemental certificate of service within ten (10) days of the date of this instruction.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re )
)
Trudah A. Harding )
) No. 25-11103-MCR
Debtor )   Chapter 13
)

## ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating KWAUATTII GOLDEN of FAIRFAX REALTY SELECT to perform real estate agent services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that KWAUATTII GOLDEN of FAIRFAX REALTY SELECT is hereby authorized and designated to perform real eatate agency services for the Debtor as necessary to assist the Debtor with respect to this case, on a 3% + $400 seller-side commission.



Copies by CM/ECF to:

Counsel for Debtor
Chapter 13 Trustee

END OF ORDER

