United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-11103-MCR |
| Trudah A Harding | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 05, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,cwarren@shulmanrogers.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Seth W Diamond | sdiamond@shulmanrogers.com  w.sr69548@notify.bestcase.com |

TOTAL: 4

Entered: September 3rd, 2025
Signed: September 3rd, 2025

The applicant is directed to serve a copy of the application on the United States Trustee as required by Bankruptcy Rule 2014(a) and file a supplemental certificate of service within ten (10) days of the date of this instruction.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor ) | Chapter 13 |
| ) | |
| _____ ) | |

### ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating KWAUATTII GOLDEN of FAIRFAX REALTY SELECT to perform real estate agent services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that KWAUATTII GOLDEN of FAIRFAX REALTY SELECT is hereby authorized and designated to perform real eatate agency services for the Debtor as necessary to assist the Debtor with respect to this case, on a 3% + $400 seller-side commission.



Copies by CM/ECF to:

Counsel for Debtor
Chapter 13 Trustee

END OF ORDER

