| KTL Title Group of Virginia LLC | ALTA Seller's Settlement Statement |
|---|---|
| ALTA Universal ID: | |
| 8280 Willow Oaks Corp Dr #600 | |
| Fairfax, VA 22031 | |
| (703) 852-2014 | |

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | 2-2025-267 | **Property** | 619 Allison Street Northwest Washington, DC 20011 | **Settlement Date** | 09/08/2025 |
| **Print Date & Time:** | 09/10/2025 at 06:17 PM EDT | | | **Disbursement Date** | 09/08/2025 |
| **Escrow Officer:** | Michelle Bui | **Buyer** | Kaitlin LOW KALKSTEIN and Mark HUELSMAN | | |
| **Settlement Location:** | 8280 Willow Oaks Corporate Drive #600 Fairfax, VA, 22031 | **Seller** | Trudah HARDING, 243769824 | | |
| | | **Lender** | | | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | | $880,000.00 |
| Seller Credit | $18,000.00 | |
| | | |
| **Commission** | | |
| Listing Agent Commission to Fairfax Realty Select | $26,400.00 | |
| Selling Agent Commission to Real Broker LLC | $17,600.00 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Deed Preparation Fee to Stephen J. Vlahos, Esq. | $275.00 | |
| Title - Digital Archive/Storage Fee to KTL Title Group of Virginia LLC | $75.00 | |
| Title - Post Closing Fee to KTL Title Group of Virginia LLC | $50.00 | |
| Title - Processing Fee to KTL Title Group of Virginia LLC | $120.00 | |
| Title - Settlement Fee to KTL Title Group of Virginia LLC | $395.00 | |
| Title - Wire/Delivery Fee to KTL Title Group of Virginia LLC | $85.00 | |
| | | |
| **Miscellaneous** | | |
| Flat Fee/ Admin Fee to Fairfax Realty Select | $400.00 | |
| Invoice Reimbursement to The Golden Team | $1,515.00 | |
| Invoice Reimbursement to The Golden Team | $1,780.00 | |
| Invoice Reimbursement to The Golden Team | $1,275.00 | |
| Invoice to AquaGuard Waterproofing | $7,000.00 | |
| RE Tax Balance Due to DC Treasurer. | $93.57 | |
| Tax Certificate to DC Treasurer/KTL Title Group | $50.00 | |
| Water Balance Due to DC WASA | $1,368.20 | |
| Water Escrow to DC WASA | $500.00 | |

| | Debit | Credit |
|---|---|---|
| **Subtotals** | **$76,981.77** | **$880,000.00** |
| Due to Seller | $803,018.23 | |
| **Totals** | **$880,000.00** | **$880,000.00** |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize KTL Title Group of Virginia LLC to cause the funds to be disbursed in accordance with this statement.

Trudah HARDING, 243769824                                      Date

Settlement Agent                                               Date

PRELIMINARY