UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

**ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT**

THIS MATTER came on before the Court upon the *MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT* (the "Sale Motion") filed by the Debtor herein and any response thereto; and it

APPEARING TO THE COURT that good cause exists to grant the relief requested in the Motion; it is therefore

ORDERED that the *Motion* be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that all of the terms and conditions of the Motion and the Sale Contract are APPROVED and the Debtor may convey the Property at at 619 Allison St. N.W., Washington DC to Purchaser, and shall pay from the proceeds at settlement any adjustments for

real estate taxes, the agents' commission and reimbursements, repair costs, and ordinary closing costs; and the Montgomery County real estate taxes on Debtor's other property, with payment of the remaining net proceeds to Charity at its Best.

FURTHER ORDERED that this Court retains jurisdiction over any dispute as to the amount due to any creditor; and it is

FURTHER ORDERED that the Debtor shall file with the Court a report of sale on or before 30 days after the sale, with service on the Chapter 13 Trustee; and it is

FURTHER ORDERED that this Order is effective immediately upon entry, and shall not be subject to the 14-day stay provided in Bankr. Rule 6004(h).

Copies by CM/ECF to:

Counsel for Debtor
Chapter 13 Trustee

END OF ORDER