Entered: September 11th, 2025
Signed: September 11th, 2025

**SO ORDERED**

Objections to the motion to sell are due by September 15, 2025 at 11:30 a.m. If an objection is timely filed, the Court will hold a hearing on the motion to sell on September 15, 2025 at 12:00 p.m.



*Maria Ellena Chavez-Ruark*

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor. ) | Chapter 13 |
| ) | |

## AMENDED ORDER GRANTING MOTION TO SHORTEN TIME AND/OR REQUEST FOR EXPEDITED HEARING

Having considered the Movant(s)' Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT is shortened to the date and time set forth above; and it is further

ORDERED, that a hearing upon the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT will be held on the date and time set forth above BY ZOOM or if no date is set forth above, a separate Notice or Order of this Court may be issued; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT and this Order on the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing and file the applicable Certificate of Service on the day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT may be granted without further notice or hearing.

cc: Debtor's Counsel
Chapter 13 Trustee

**END OF ORDER**