**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of September, 2025, I caused to be served on all on affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing, the AMENDED ORDER GRANTING MOTION TO SHORTEN TIME AND/OR REQUEST FOR EXPEDITED HEARING (Doc. #109); and the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT (Doc. #106), by email or CM/ECF as set forth below, pursuant to the said Order (#109).

Served by CM/ECF:

Seth W Diamond sdiamond@shulmanrogers.com, w.sr69548@notify.bestcase.com

Rebecca A. Herr ecf@ch13md.com

Benjamin Smith bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, MZawalick@shulmanrogers.com, tlong@shulmanrogers.com, cwarren@shulmanrogers.com

Served by email:
Jefferson Capital Systems, bankruptcy@jcap.com
Pepco: pepcocredit@exeloncorp.com
MD Comptroller: mthomas@marylandtaxes.gov
WSSC: Heather.Ashbury@wsscwater.com
US Trustee: Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

        /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

--                                                                1