United States Bankruptcy Court

District of Maryland

In re:                                                                    Case No. 25-11103-MCR

Trudah A Harding                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com<br>vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,cwarren@shulmanrogers.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Seth W Diamond | sdiamond@shulmanrogers.com  w.sr69548@notify.bestcase.com |

TOTAL: 4

Entered: September 11th, 2025
Signed: September 11th, 2025

**SO ORDERED**

Objections to the motion to sell are due by September 15, 2025 at
11:30 a.m. If an objection is timely filed, the Court will hold a
hearing on the motion to sell on September 15, 2025 at 12:00 p.m.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re                               ) | |
|                                     ) | |
| Trudah A. Harding                   ) | |
|                                     )   No. 25-11103-MCR | |
|     Debtor.     )   Chapter 13 | |
| _____ ) | |

### AMENDED ORDER GRANTING MOTION TO SHORTEN TIME
### AND/OR REQUEST FOR EXPEDITED HEARING

Having considered the Movant(s)' Motion to Shorten Time and/or Request for Expedited
Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local
Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of
Maryland,

ORDERED, that the time to object to the MOTION FOR ORDER APPROVING CONTRACT
TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO
PAY REAL ESTATE AGENT is shortened to the date and time set forth above; and it is further

ORDERED, that a hearing upon the MOTION FOR ORDER APPROVING CONTRACT TO
SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY
REAL ESTATE AGENT will be held on the date and time set forth above BY ZOOM or if no
date is set forth above, a separate Notice or Order of this Court may be issued; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile
a copy of the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE
AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT
and this Order on the affected parties identified in the Motion to Shorten Time and/or Request
for Expedited Hearing and file the applicable Certificate of Service on the day of entry of this
Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT may be granted without further notice or hearing.


cc: Debtor's Counsel
Chapter 13 Trustee

**END OF ORDER**