Entered: September 15th, 2025
Signed: September 15th, 2025

**SO ORDERED**

The September 15, 2025 hearing on the motion is cancelled and has been removed from the Court's calendar.



_____
MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor. ) | Chapter 13 |
| ) | |

## CONENT ORDER APPROVING SALE

THIS MATTER came on before the Court upon the *MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT* (the "Sale Motion") filed by the Debtor herein; the response of the trustee at ECF 112; and it

APPEARING TO THE COURT that good cause exists to grant the relief requested in the Motion; it is therefore by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the *Motion* be, and it hereby is, GRANTED; and it is further

ORDERED that all of the terms and conditions of the Motion and the Sale Contract are APPROVED and the Debtor may convey the Property at 619 Allison St. N.W., Washington DC to Purchaser under the terms of this Order; and it is further

ORDERED, that all the debts secured by present liens upon the property shall be paid by the settlement agent at settlement; and it is further

ORDERED, that the settlement agent shall pay the Chapter 13 Trustee, Rebecca Herr at 185 Admiral Cochrane Drive, Suite 240, Annapolis MD 21401; the amount of $16,530.00 to be

held by the trustee for payment of allowed, general unsecured claims in the case; and it is further

ORDERED, that the settlement agent shall hold the fee to the seller's realtor agent pending further order of this Court to employ said agent as realtor of the bankruptcy estate; and it is further

ORDERED, that the settlement agent shall pay from the proceeds at settlement any adjustments for real estate taxes, the agents' commission and reimbursements, repair costs, and ordinary closing costs; and the Montgomery County real estate taxes on Debtor's other property (known as 13604 Canal Vista Court, Potomac MD 20854), with payment of the remaining net proceeds to Charity at its Best; and it is further

ORDERED that this Court retains jurisdiction over any dispute as to the amount due to any creditor; and it is further

ORDERED that the Debtor shall file with the Court a report of sale along with a final ALTA settlement sheet, on or before 30 days after the sale, with service on the Chapter 13 Trustee; and it is further

ORDERED that this Order is effective immediately upon entry, and shall not be subject to the 14-day stay provided in Bankr. Rule 6004(h).

**IT IS SO ORDERED.**

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press
Fed Bar No.:07300
Chung & Press, P.C.
6718  Whittier Ave., Suite 200
McLean VA 22101
(301) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
*Attorney for Debtor*

SEEN AND AGREED:

Rebecca A. Herr
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty     *Benjamin J. Beatty   9/12/25*
Benjamin J. Beatty, Bar No.
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

I HEREBY CERTIFY that the terms of the copy of the order submitted to the court are identical to those set forth in the original order; and the signatures represented by the /s/_____ on the copy of the order submitted to the Court reference the signatures of consenting parties obtained on the original order.

/s/ Daniel M. Press

Daniel M. Press

CC
Debtor – Trudah Harding
Debtor's Counsel – Daniel Press
Trustee – Rebecca Herr
All other parties with ECF notice

END OF ORDER

3