United States Bankruptcy Court
District of Maryland

In re:                                                                                                    Case No. 25-11103-MCR
Trudah A Harding                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Sep 15, 2025　　　　　　　　Form ID: pdfall　　　　　　　　　　　　　　　　Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + | Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |
| 32774091 | + | BENJAMIN P. SMITH, TRUSTEE, ROBEKAH F. PARADIS, TRUSTEE, SHULMAN ROGERS, P.A., 12505 Park Potomac Avenue, Sixth Floor Potomac, Maryland 20854-6801 |
| 32774090 | + | CHARITY AT ITS BEST, 6000 S Fashion Blvd., Suite 102, Murray, Utah 84107-5436 |
| 32775710 | + | Charity At Its Best, c/o Rebekah F. Paradis, Benjamin P. Smith, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854-6801 |
| 32906400 | + | Montgomery County MD, 27 Courthouse Square, Suite 200, Rockville, MD 20850-2308 |
| 32774089 | + | ROB HAERTEL, INC., 6000 S Fashion Blvd., Suite 102, Murray, Utah 84107-5436 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32870494 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 15 2025 19:15:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street - Suite 230, Baltimore, MD 21202 |
| 32819322 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2025 19:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32832300 | + | Email/Text: Bankruptcy_General@pepco.com | Sep 15 2025 19:15:00 | Pepco, 701 Ninth Street N.W., Washington, DC 20001-4572 |
| 32822103 | + | Email/Text: Bankruptcy_General@pepco.com | Sep 15 2025 19:15:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 32912892 | + | Email/Text: Bankruptcy@wsscwater.com | Sep 15 2025 19:16:00 | Washington Suburban Sanitary Commission, 14501 Sweitzer Lane, Laurel, MD 20707-5901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32906608 | *+ | Montgomery County MD, 27 Courthouse Square, Suite 200, Rockville, MD 20850-2308 |
| 32906609 | *+ | William C Johnson, 1310 L St NW, Washington, DC 20005-4561 |
| 32906401 | ##+ | William C Johnson, 1310 L St NW, Washington, DC 20005-4561 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 15, 2025 | Form ID: pdfall | Total Noticed: 12 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,cwarren@shulmanrogers.com,rparadis@shulmanrogers.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Seth W Diamond | sdiamond@shulmanrogers.com  w.sr69548@notify.bestcase.com |

TOTAL: 4

Entered: September 15th, 2025
Signed: September 15th, 2025
**SO ORDERED**

The September 15, 2025 hearing on the motion is cancelled and has been removed from the Court's calendar.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor. ) | Chapter 13 |
| _____) | |

## CONENT ORDER APPROVING SALE

THIS MATTER came on before the Court upon the *MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND TO PAY REAL ESTATE AGENT* (the "Sale Motion") filed by the Debtor herein; the response of the trustee at ECF 112; and it

APPEARING TO THE COURT that good cause exists to grant the relief requested in the Motion; it is therefore by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the *Motion* be, and it hereby is, GRANTED; and it is further

ORDERED that all of the terms and conditions of the Motion and the Sale Contract are APPROVED and the Debtor may convey the Property at 619 Allison St. N.W., Washington DC to Purchaser under the terms of this Order; and it is further

ORDERED, that all the debts secured by present liens upon the property shall be paid by the settlement agent at settlement; and it is further

ORDERED, that the settlement agent shall pay the Chapter 13 Trustee, Rebecca Herr at 185 Admiral Cochrane Drive, Suite 240, Annapolis MD 21401; the amount of $16,530.00 to be

held by the trustee for payment of allowed, general unsecured claims in the case; and it is further

ORDERED, that the settlement agent shall hold the fee to the seller's realtor agent pending further order of this Court to employ said agent as realtor of the bankruptcy estate; and it is further

ORDERED, that the settlement agent shall pay from the proceeds at settlement any adjustments for real estate taxes, the agents' commission and reimbursements, repair costs, and ordinary closing costs; and the Montgomery County real estate taxes on Debtor's other property (known as 13604 Canal Vista Court, Potomac MD 20854), with payment of the remaining net proceeds to Charity at its Best; and it is further

ORDERED that this Court retains jurisdiction over any dispute as to the amount due to any creditor; and it is further

ORDERED that the Debtor shall file with the Court a report of sale along with a final ALTA settlement sheet, on or before 30 days after the sale, with service on the Chapter 13 Trustee; and it is further

ORDERED that this Order is effective immediately upon entry, and shall not be subject to the 14-day stay provided in Bankr. Rule 6004(h).

**IT IS SO ORDERED.**

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press
Fed Bar No.:07300
Chung & Press, P.C.
6718  Whittier Ave., Suite 200
McLean VA 22101
(301) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
*Attorney for Debtor*

SEEN AND AGREED:

Rebecca A. Herr
Chapter 13 Trustee

By Counsel:
/s/ Benjamin J. Beatty    *Benjamin J. Beatty    9/12/25*
Benjamin J. Beatty, Bar No.
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com


I HEREBY CERTIFY that the terms of the copy of the order submitted to the court are identical to those set forth in the original order; and the signatures represented by the /s/_____ on the copy of the order submitted to the Court reference the signatures of consenting parties obtained on the original order.

/s/ Daniel M. Press

Daniel M. Press

CC
Debtor – Trudah Harding
Debtor's Counsel – Daniel Press
Trustee – Rebecca Herr
All other parties with ECF notice

END OF ORDER

3