Entered: September 23rd, 2025
Signed: September 23rd, 2025

**SO ORDERED**

No opposition filed. The realtor may be compensated only if the realtor procures a buyer for the property, the Court approves a sale of the property, and the sale order or another order from this Court expressly allows the payment of compensation to the realtor.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re ) | |
| ) | |
| Trudah A. Harding ) | |
| ) | No. 25-11103-MCR |
| Debtor. ) | Chapter 13 |
| ) | |

### ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating KWAUATTII GOLDEN of FAIRFAX REALTY SELECT to perform real estate agent services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that KWAUATTII GOLDEN of FAIRFAX REALTY SELECT is hereby authorized and designated to perform real eatate agency services for the Debtor as necessary to assist the Debtor with respect to this case, on a 3% + $400 seller-side commission.

Copies by CM/ECF to:

Counsel for Debtor
Chapter 13 Trustee

END OF ORDER