William C. Johnson, Jr., Esq.
Fed Bar No. 15651
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
William@Johnsonlg.law
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
|    Trudah Harding | * | Case No. 25-11103 |
|         Debtor. | * | (Chapter 13) |
| _____ | * | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**THE CLERK OF THIS HONORABLE COURT** shall enter the appearance of

William C. Johnson, Jr., Esq. as counsel for the creditor William C. Johnson, Jr.

Creditor's counsel's contact information is as follows:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
www.JohnsonLG.Law

October 2, 2025

**/s/ William C. Johnson, Jr., Esq**
The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
Federal Bar No. 15651
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 2, 2025, I caused a copy of the foregoing to be mailed, postage pre-paid, to the following:

Chapter 13 Trustee
Rebecca Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

All creditors on Mailing Matrix


October 2, 2025                                          **/s/ William C. Johnson, Jr.**
                                                        William C. Johnson, Jr., Esq.