| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 25-11103<br>District of Maryland<br>Greenbelt<br>Thu Oct  2 13:39:43 EDT 2025 | Charity At Its Best<br>Shulman Rogers, P.A.<br>12505 Park Potomac Avenue<br>6th Floor<br>Potomac, MD 20854-6803 | BENJAMIN P. SMITH, TRUSTEE<br>ROBEKAH F. PARADIS, TRUSTEE<br>SHULMAN ROGERS, P.A.<br>12505 Park Potomac Avenue<br>Sixth Floor<br>Potomac, Maryland 20854-6801 |
| CHARITY AT ITS BEST<br>6000 S Fashion Blvd.<br>Suite 102<br>Murray, Utah 84107-5436 | Charity At Its Best<br>c\o Rebekah F. Paradis<br>Benjamin P. Smith<br>12505 Park Potomac Avenue, Sixth Floor<br>Potomac, Maryland 20854-6801 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Montgomery County MD<br>27 Courthouse Square, Suite 200<br>Rockville, MD 20850-2308 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Pepco<br>701 Ninth Street N.W.<br>Washington, DC 20001-4572 |
| Pepco<br>PO Box 13608<br>Philadelphia, PA 19101-3608 | ROB HAERTEL, INC.<br>6000 S Fashion Blvd.<br>Suite 102<br>Murray, Utah 84107-5436 | Washington Suburban Sanitary Commission<br>14501 Sweitzer Lane<br>Laurel, MD 20707-5901 |
| William C Johnson<br>1310 L St NW<br>Washington, DC 20005-4561 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Rebecca A. Herr<br>Chapter 13 Trustee<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401-7623 |
| Trudah A Harding<br>13604 Canal Vista Court<br>Potomac, MD 20854-1028 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Office of the Comptroller of Maryland<br>Bankruptcy Unit<br>7 St. Paul Street - Suite 230<br>Baltimore, MD 21202 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 |