FILED
CIVIL DIVISION
MAR 13 2025
Superior Court of the
District of Columbia

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION, CIVIL ACTIONS BRANCH
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. 2024-CAB-7124

**Trudah Harding** vs **William C. Johnson Jr., Esq.**
Plaintiff                       Defendant

## AFFIDAVIT OF SERVICE BY SPECIAL PROCESS SERVER

I, **Erica N. Moss**, age 18 or older, residing or working at **9805 Lake Pointe Ct 202 Largo MD 20774**, am not a party and have no interest in this case. On **March 13th**, 20**25**, at **1:12** AM/**PM**.

1. I served a copy of the summons, complaint, initial order, and addendum if necessary, and any attachments as follows on defendant **William C. Johnson Jr. Esq.**

☑ Personally at **6305 Ivy Lane Greenbelt MD 20770 Suite 630 Served the Summons.**

☐ By leaving said copy with_____, a person of suitable age and discretion, who stated that he/she resides with the defendant at _____.

☐ By leaving said copy with_____ at _____.
He/She stated that they are authorized to accept service on behalf of the above defendant by statute or law and his/her official capacity is_____.

2. Below, you must set forth specific facts from which the Court can determine that process was served as indicated above and in compliance with SCR CIV 4, including a physical description (approximate age, height, weight) of any person on whom service was made: **I Erica Moss personally served William C. Johnson JR. Esq. on March 13th 2025, in person at location 6305 Ivy lane Greenbelt MD 20770 in the lobby.**

Special Process Server

Subscribed and sworn to before me this **13TH** day of **March**, 20**25**.

**Tashie C Patterson**                    **Aug 14, 2028**
Notary Public / Deputy Clerk              My Commission Expires

[Notary Seal: TASHIE C. PETERSON, NOTARY PUBLIC, DISTRICT OF COLUMBIA, My Comm. Exp. Aug 14, 2028]

NOTE: A separate Affidavit of Service is required for each named Defendant

Form CV-3035/Jun 2011