SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

```
                           ┌─────────────────────────┐
                           │ FILED                   │
                           │ CIVIL DIVISION          │
                           │                         │
                           │ SEP 0 5 2025            │
                           │                         │
                           │ Superior Court of the   │
                           │ District of Columbia    │
                           └─────────────────────────┘
```

Case No. 2024-CAB-7124

Trudah Harding Pro Se

Plaintiff

V.

William C. Johnson, Esq.

Defendant

NOTICE OF FILING OF CASE IN BANKRUPTCY COURT

You are hereby notified of the filing of a case in Greenbelt Division of the Bankruptcy Court for the District of Maryland for the following Debtor's.
Trudah Harding

The Bankruptcy Case Number is 25-11103. Is a case under Chapter 13 filed on February 10, 2025. This case is now pending.

Respectfully submitted,

*/s/ Trudah Harding/*

Trudah Harding
13604 Canal Vista Ct.
Potomac, Maryland 208547


CERTIFICATE OF SERVICE

I hereby Certify that a copy of the foregoing was mailed by first class mail Prepaid from the United State Post Office on 9-3 2025, to the following

THE JOHNSON LAW GROUP
ATTN: William C. Johnson, Jr.
    Attorney-At-Law
    6305 Ivy Lane. Suite 630
    Greenbelt, Maryland 20770