IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:                                                            * | |
|    Trudah A. Harding                            * | Case No. 25-11103 |
|       Debtor.                    * | (Chapter 13) |
| _____* | |

**ORDER-MOTION TO EXTEND TIME TO LATE FILE PROOF OF CLAIM**

**UPON CONSIDERATION** the Motion to Extend Time to late File Proof of Claim, and any opposition thereto, it is hereby,

**ORDERED**, the Motion to Extend Time to late File Proof of Claim is **GRANTED,** and it is,

**FURTHER ORDERED**, the Creditor Willaim C. Johnson, Jr. shall file the Proof of Claim within sixty (60) days of the date of this Order.

Cc:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

 Chapter 13 Trustee

1

Rebecca Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Chung & Press, P.C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

All creditors on Mailing Matrix

**End of Order**