**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re                                     ) | |
|                                           ) | |
| Trudah A. Harding                         ) | |
|                                           )     No. 25-11103-MCR | |
|     Debtor.           )     Chapter 13 | |
|                                           ) | |

## NOTICE THAT SALE DID NOT OCCUR

NOW COMES Debtor, through counsel, and advises the Court and parties in interest that the sale of 619 Allison St. N.W., Washington DC did not occur.   The title company discovered a lien on the property that Debtor believed had been satisfied/released while her late husband owned the property, but it appears that this may not have been the case, which caused the purchaser to terminate the contract.   Debtor is attempting to resolve the lien issue, and continues to attempt to timely sell or refinance the Maryland property.

-.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
 dpress@chung-press.com

CERTIFICATE OF SERVICE

This is to certify that on this 10th day of September, 2025, I caused the foregoing document to be served on upon the Chapter 13 Trustee, and all parties requesting notice by CM/ECF, to:

Seth W Diamond sdiamond@shulmanrogers.com,
w.sr69548@notify.bestcase.com

Rebecca A. Herr ecf@ch13md.com

William C. Johnson wcjjatty@yahoo.com,
wjohnson@dcmdconsumerlaw.com,
johnsonwr90391@notify.bestcase.com

Benjamin Smith bsmith@shulmanrogers.com,
vdeguzman@shulmanrogers.com,
MZawalick@shulmanrogers.com,
tlong@shulmanrogers.com,
cwarren@shulmanrogers.com,
rparadis@shulmanrogers.com

_/s/ Daniel M. Press_____