Entered: October 28th, 2025
Signed: October 27th, 2025

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
|    Trudah A. Harding | * | Case No. 25-11103 |
|       Debtor. | * | (Chapter 13) |
| _____ | * | |

### ORDER-MOTION TO EXTEND TIME TO LATE FILE PROOF OF CLAIM

**UPON CONSIDERATION** the Motion to Extend Time to late File Proof of Claim, and any opposition thereto, it is hereby,

**ORDERED**, the Motion to Extend Time to late File Proof of Claim is **GRANTED,** and it is,

**FURTHER ORDERED**, the Creditor Willaim C. Johnson, Jr. shall file the Proof of Claim within sixty (60) days of the date of this Order.

Cc:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

 Chapter 13 Trustee

Rebecca Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Chung & Press, P.C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

All creditors on Mailing Matrix

**End of Order**