Entered: October 28th, 2025
Signed: October 27th, 2025
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>TRUDAH A HARDING,<br><br>Debtor. | Case Number:  25-11103-MCR<br>(Chapter 13) |

### ORDER REQUIRING DEBTOR TO CONFIRM PRIOR BANKRUPTCY FILING
### AND VERIFY SOCIAL SECURITY NUMBER

On February 10, 2025, Truda A Harding (the "Debtor") commenced the above-captioned case by filing a Voluntary Petition under Chapter 13 of the Bankruptcy Code [Dkt. No. 1] (the "Petition").  Also on February 10, 2025, the Debtor filed a Statement About Your Social Security Numbers [Dkt. No. 2] (the "SSN Verification Page") disclosing a Social Security Number ending in x9824.  A review of the Court's records indicates that the Debtor filed a prior bankruptcy case in this Court on April 20, 2019 (Case No. 19-15399-MCR) (the "Prior Case").  The Statement About Your Social Security Numbers filed in the Prior Case [Case No. 19-15399, Dkt. No. 2] discloses a Social Security Number ending in x9284.  Other than one digit, the Social Security Number disclosed in the Prior Case is identical to the Social

Security Number disclosed in the instant case. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within fourteen (14) days of the date of entry herein, the Debtor shall file a statement indicating whether she, in fact, filed the Prior Case, and verifying the last four digits of her Social Security Number; and it is further

ORDERED, that upon the Debtor's filing of the statement required herein, the Clerk of the Court shall immediately correct the Social Security Number associated with the Prior Case to match the Social Security Number verified by the Debtor in the instant case.

cc: Debtor
    Debtor's Counsel
    Chapter 13 Trustee
    U.S. Trustee
    All Creditors and Parties-in-Interest

**END OF ORDER**