# Maryland Judiciary Case Search

NOTICE: Case Search new release coming January 9, 2026! Click link below for details:

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Montgomery County - Civil** |
| Location: | **Montgomery Circuit Court** |
| Case Number: | **463268V** |
| Title: | **BENJAMIN P SMITH, et al. vs. TRUDAH MILLS-HARDING** |
| Case Type: | **Foreclosure - Residential** |
| Filing Date: | **02/14/2019** |
| Case Status: | **Closed** |

### Involved Parties Information

#### Plaintiff

Name: **SMITH, BENJAMIN P**

Address: **12505 PARK POTOMAC AVE 6 FL**
City: **POTOMAC**  State: **MD**  Zip Code: **20854**

#### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **SMITH, BENJAMIN POWELL** |
| Appearance Date: | **02/21/2019** |
| Removal Date: | **01/27/2024** |
| Address Line 1: | **SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.** |
| Address Line 2: | **12505 PARK POTOMAC AVENUE, 6TH FLOOR** |
| City: | **POTOMAC**  State: **MD**  Zip Code: **20854** |

#### Plaintiff

Name: **CLASPER, SARA A**

Address: **12505 PARK POTOMAC AVE 6 FL**
City: **POTOMAC**  State: **MD**  Zip Code: **20854**

#### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **SMITH, BENJAMIN POWELL** |
| Appearance Date: | **02/21/2019** |

| | |
|---|---|
| Removal Date: | 01/27/2024 |
| Address Line 1: | SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A. |
| Address Line 2: | 12505 PARK POTOMAC AVENUE, 6TH FLOOR |
| City: | POTOMAC   State: MD   Zip Code: 20854 |

## Defendant

Name: **MILLS-HARDING, TRUDAH**

Address: **13604 CANAL VISTA COURT**
City:        **POTOMAC**   State: **MD**   Zip Code: **20854**

### Aliases

Standard : **HARDING, TRUDAH M**
Standard : **MILLS, TRUDAH A**

### Attorney(s) for the Defendant

| | |
|---|---|
| Name: | JOHNSON, WILLIAM C Jr. |
| Appearance Date: | 03/21/2019 |
| Removal Date: | 01/27/2024 |
| Address Line 1: | The Johnson Law Group, LLC |
| Address Line 2: | 6305 IVY LN |
| Address Line 3: | Suite 630 |
| City: | GREENBELT   State: MD   Zip Code: 20770 |

## Converted Fee Party

Name: **FeeParty, Converted**

# Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Hearing - Motion to Dismiss | 04/24/2019 | 10:00:00 | Fogleman, Christopher | Conversion - Montgomery Circuit Court | | CancelledReason: Bankruptcy |
| Hearing - Motion to Dismiss | 04/29/2019 | 10:00:00 | Storm, Harry C. | Conversion - Montgomery Circuit Court | | CancelledReason: Bankruptcy |

# Judgment Information

Judgment Event Type: **Dismissed - Voluntary**
Judge:

# Document Information

| | |
|---|---|
| File Date: | **02/14/2019** |
| Document Name: | **Order to Docket Suit** |
| Comment: | **Type: Docket; Code: 570; Filed by: P Plaintiff; Text: PLAINTIFFS' ORDER TO DOCKET FORECLOSURE CASE OF RESIDENTIAL PROPERTY, NOTICE REGARDING OCCUPANCY DETERMINATION, TRUE AND CORRECT COPY OF COMMERCIAL FLAT RATE NOTE WITH BALLOON PAYMENT, TRUE AND CORRECT COPY OF DEED OF TRUST, ASSIGNMENT OF RENTS AND SECURITY AGREEMENT (LIBER; 55536 FOLIO; 70-93), TRUE AND CORRECT COPY OF DEED OF APPOINTMENT SUBSTITUTING TRUSTEES, NOTICE OF INTENT TO FORECLOSE, NOTICE OF FORECLOSURE ACTION, FILED.; User Name: WILLIAML** |

| | |
|---|---|
| File Date: | **02/14/2019** |
| Document Name: | **Bond Filed and Approved** |
| Comment: | **Type: Docket; Code: 703; Filed by: P Plaintiff; Text: BOND AND APPROVAL IN THE AMOUNT OF $25,000.00, FILED.; User Name: WILLIAML** |

| | |
|---|---|
| File Date: | **02/14/2019** |
| Document Name: | **Statement of Debt** |
| Comment: | **Type: Docket; Code: 222; Filed by: P Plaintiff; Text: PLAINTIFFS' AFFIDAVIT OF INDEBTEDNESS, SENDING OF NOTICE OF INTENT TO FORECLOSE, ACCURACY OF FILED COPIES, NON-MILITARY STATUS, STATEMENT REGARDING OCCUPANCY AND FINAL LOSS MITIGATION AFFIDAVIT, FILED.; User Name: WILLIAML** |

| | |
|---|---|
| File Date: | **02/14/2019** |
| Document Name: | **Affidavit - Compliance** |
| Comment: | **Type: Docket; Code: 1653; Filed by: P Plaintiff; Text: AFFIDAVIT OF INDEBTEDNESS, SENDING OF NOTICE OF INTENT TO FORECLOSE, ACCURACY OF FILED COPIES, NON-MILITARY STATUS, STATEMENT REGARDING OCCUPANCY AND FINAL LOSS MITIGATION AFFIDAVIT, FILED.; User Name: WILLIAML** |

| | |
|---|---|
| File Date: | **02/14/2019** |
| Document Name: | **Affidavit - Compliance** |
| Comment: | **Type: Docket; Code: 1653; Filed by: P Plaintiff; Text: AFFIDAVIT OF COMPLIANCE PURSUANT TO RULE 14-209(C) AND MD REAL PROP. CODE ANN. 7-105.9, FILED.; User Name: WILLIAML** |

| | |
|---|---|
| File Date: | **02/14/2019** |
| Document Name: | **Affidavit - Military** |
| Comment: | **Type: Docket; Code: 704; Filed by: P Plaintiff; Text: AFFIDAVIT OF INDEBTEDNESS, SENDING OF NOTICE OF INTENT TO FORECLOSE, ACCURACY OF FILED COPIES, NON-MILITARY STATUS,** |

|  |  |
|---|---|
| | STATEMENT REGARDING OCCUPANCY AND FINAL LOSS MITIGATION AFFIDAVIT AS TO DEFEANDANT, FILED.; User Name: WILLIAML |

| | |
|---|---|
| File Date: | 02/14/2019 |
| Document Name: | Affidavit - Certifying Ownership of Debt Instrument |
| Comment: | Type: Docket; Code: 1652; Filed by: P Plaintiff; Text: PLAINTIFFS' AFFIDAVIT OF INDEBTEDNESS, SENDING OF NOTICE OF INTENT TO FORECLOSE, ACCURACY OF FILED COPIES, NON-MILITARY STATUS, STATEMENT REGARDING OCCUPANCY AND FINAL LOSS MITIGATION AFFIDAVIT, FILED.; User Name: WILLIAML |

| | |
|---|---|
| File Date: | 02/14/2019 |
| Document Name: | Affidavit of Debt and Nature of Default |
| Comment: | Type: Docket; Code: 1626; Filed by: P Plaintiff; Text: PLAINTIFFS' AFFIDAVIT OF INDEBTEDNESS, SENDING OF NOTICE OF INTENT TO FORECLOSE, ACCURACY OF FILED COPIES, NON-MILITARY STATUS, STATEMENT REGARDING OCCUPANCY AND FINAL LOSS MITIGATION AFFIDAVIT, FILED.; User Name: WILLIAML |

| | |
|---|---|
| File Date: | 02/14/2019 |
| Document Name: | Affidavit - Final Loss Mitigation Analysis |
| Comment: | Type: Docket; Code: 1721; Filed by: O Other; Text: CHRIS HADDON'S FINAL LOSS MITIGATION AFFIDAVIT, FILED.; User Name: WILLIAML |

| | |
|---|---|
| File Date: | 02/21/2019 |
| Document Name: | Notice of Filing Record |
| Comment: | Type: Docket; Code: 836; Filed by: C Court; Text: NOTICE SENT GIVING NEW CASE NUMBER TO ALL PARTIES.; User Name: WILLIAML |

| | |
|---|---|
| File Date: | 03/05/2019 |
| Document Name: | Affidavit of Debt and Nature of Default |
| Comment: | Type: Docket; Code: 1634; Filed by: O Other; Text: AFFIDAVIT OF SERVICE ON ORDER TO DOCKET: NON-EST AS TO DEFENDANT, TRUDAH MILLS-HARDING, FILED.; User Name: EVELYND |

| | |
|---|---|
| File Date: | 03/07/2019 |
| Document Name: | Affidavit of Debt and Nature of Default |
| Comment: | Type: Docket; Code: 1634; Filed by: O Other; Text: AFFIDAVIT OF SERVICE ON ORDER TO DOCKET: SERVED AS TO DEFENDANT, TRUDAH MILLS-HARDING ON 03/02/2019 BY POSTING, FILED.; User Name: EVELYND |

| | |
|---|---|
| File Date: | 03/07/2019 |

| | |
|---|---|
| Document Name: | Affidavit of Debt and Nature of Default |
| Comment: | Type: Docket; Code: 1634; Filed by: O Other; Text: AFFIDAVIT OF SERVICE ON ORDER TO DOCKET: SERVED AS TO DEFENDANT, TRUDAH MILLS-HARDING ON 03/02/2019 BY POSTING AND MAILING ON 03/04/2019, FILED.; User Name: EVELYND |

| | |
|---|---|
| File Date: | 03/18/2019 |
| Document Name: | Motion / Request - To Stay |
| Comment: | Type: Motion; Code: 1680; Status: Open; Filed by: D Defendant; Text: DEFENDANT'S MOTION TO STAY THE SALE AND DISMISS FORECLOSURE ACTION, CERTIFICATE OF OUT OF STATE ATTORNEY AND MEMORANDUM OF POINTS AND AUTHORITIES, FILED.; User Name: GUMBSM |

| | |
|---|---|
| File Date: | 03/27/2019 |
| Document Name: | Memorandum |
| Comment: | Type: Docket; Code: 727; Filed by: C Court; Text: ADMINSTRATIVE AIDE'S MEMORANDUM TO ASSIGNMENT OFFICE, FILED.; User Name: DOLORESH |

| | |
|---|---|
| File Date: | 03/28/2019 |
| Document Name: | Notice of Hearing / Trial - Issued |
| Comment: | Type: Docket; Code: 437; Filed by: C Court; Text: NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 04/29/2019); User Name: DOLORESH |

| | |
|---|---|
| File Date: | 04/04/2019 |
| Document Name: | Motion to Expedite |
| Comment: | Type: Motion; Code: 177; Status: Granted; Filed by: J Joint; Text: JOINT CONSENT MOTION TO ADVANCE HEARING DATE, FILED.; User Name: HUNGERA2 |

| | |
|---|---|
| File Date: | 04/04/2019 |
| Document Name: | Opposition |
| Comment: | Type: Opposition; Code: 900; Filed by: P Plaintiff; Text: PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY THE SALE AND DISMISS FORECLOSURE ACTION AND ATTACHMENTS, FILED. (LP); User Name: HUNGERA2 |

| | |
|---|---|
| File Date: | 04/08/2019 |
| Document Name: | Order |
| Comment: | Type: Ruling; Code: 357; Status: Granted; Filed by: C Court; Text: ORDER OF COURT (GREENBERG, J.) THAT THE HEARING IN THIS CASE FOR APRIL 29, 2019, SHALL BE ADVANCED TO APRIL 24, 2019 AT 10:00 A.M., ENTERED. (COPIES MAILED); User Name: DOLORESH |

| | |
|---|---|
| File Date: | 04/09/2019 |

| | |
|---|---|
| Document Name: | **Notice of Hearing / Trial - Issued** |
| Comment: | **Type: Docket; Code: 437; Filed by: C Court; Text: NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 04/24/2019) (LP); User Name: EVELYND** |

| | |
|---|---|
| File Date: | **04/12/2019** |
| Document Name: | **Affidavit - Compliance** |
| Comment: | **Type: Docket; Code: 1653; Filed by: P Plaintiff; Text: AFFIDAVIT OF COMPLIANCE PURSUANT TO RULE 14-210 (E) AND MD REAL PROP. CODE ANN. 7-105.9 (E), FILED. (LP); User Name: LESLYP** |

| | |
|---|---|
| File Date: | **04/22/2019** |
| Document Name: | **Suggestion of Bankruptcy** |
| Comment: | **Type: Docket; Code: 68; Filed by: D Defendant; Text: SUGGESTION OF BANKRUPTCY AS TO TRUDAH MILLS-HARDING, CASE NUMBER 19-15399 AND CERTIFICATE OF OUT OF STATE ATTORNEY, FILED. (LP); User Name: LESLYP** |

| | |
|---|---|
| File Date: | **10/24/2021** |
| Document Name: | **Converted Event Type** |
| Comment: | |

| | |
|---|---|
| File Date: | **04/26/2022** |
| Document Name: | **Dismissal - Voluntary** |
| Comment: | **Notice of Dismissal** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114