IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #7 (William C. Johnson, Jr.)**

Upon consideration of the objection of the Debtor to Proof of Claim #7 filed in this case by the William C. Johnson, Jr., any response thereto, and after notice and hearing, it is hereby

ORDERED that proof of claim #7 is DISALLOWED in its entirety.

Copies to:

William Johnson (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order