IN THE UNITED STATES BANKRUPTCY COURT
For The District of Maryland
    At Greenbelt

To:  The Honorable Judge Catliota

From:  Trudah Harding

Re:  Chapter 13
    Case No. 19-1-5399-TC

Dear Judge Catliota:

I am contacting you in reference to the most reason filing that was filed by my attorney William C Johnson Jr. on 12-31-2021.  I am humbling requesting that you do not rule on his application for compensation for attorneys fees in the amount of $61,965.00. I can not afford or pay this amount of attorneys fees, I never received a statement in reference to attorney's fees.

Thank you for your time and attention concerning this matter.

Respectfully Submitted,

*Trudah Harding*
Trudah Harding
January 14, 2022

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re: Application for Compensation

Case Number: 19-1-5399

Chapter: 13

Debtor(s)

Toudah Harding

2022 JAN 14 PM 3:36
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2022 a copy of the Application for Compensation.

was mailed first class mail, postage prepaid to:

Name Timothy P. Branigan
Address 9891 Broken Land Parkway - Suite 301
City, State, Zip Code Columbia, Md. 21046

Name William C. Johnson Jr.
Address 6305 Ivy Lane - Suite 630
City, State, Zip Code Greenbelt, Md. 20770

Name
Address
City, State, Zip Code

Signature: [signature]