IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Choose an item.

**In re:**

_____Trufah A. Harding_____,

**Debtor.**

Case Number: 25-11103
Chapter 13

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1. (Select A, B, or C):

    _____ A. PLAN FILED WITH PETITION. This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix. *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]*

    _____ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The amended Chapter 13 plan [filed herewith OR filed on _____, 20___] , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required. *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

    __x__ C. ALL OTHER PLANS: This is to certify that on __2/9/2026__ _____, 20___, I caused

      (i) the Chapter 13 plan [filed herewith OR filed on _____, 20___] ; and

      (ii) if applicable, the Order Denying Confirmation with Leave to Amend dated __2/2__, 20_26_ [if (ii) is not applicable, place "N/A" in the blank];

    to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list. (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

   \_\_\_\_ I caused the Chapter 13 plan [filed herewith OR filed on _____, 20_____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served.

   Name of Creditor: _____
   Person Served: 

   Title/Position: 
   Address: _____
   _____

   City, State Zip: _____
   Method of Service: _____
   Date Served: _____

   Select A or B for the above-named creditor:

   \_\_\_\_ A.  A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan. I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

   \_\_\_\_ B.  No proof of claim has been filed for the lien or claim at issue.

3. \_\_\_\_ Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

   \_\_\_\_ This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: 2/9/2026                                    /s/ Daniel M. Press
                                                   Debtor, Debtor's Attorney, or
                                                   Other Person Effecting Service

```
Label Matrix for local noticing        Charity At Its Best                       BENJAMIN P. SMITH, TRUSTEE         by CM/ECF
0416-0                                 Shulman Rogers, P.A.                      ROBEKAH F. PARADIS, TRUSTEE        bsmith@
Case 25-11103                          12505 Park Potomac Avenue                 SHULMAN ROGERS, P.A.               shulmanrogers.
District of Maryland                   6th Floor                                 12505 Park Potomac Avenue          com
Greenbelt                              Potomac, MD 20854-6803                    Sixth Floor
Sun Feb  8 17:11:11 EST 2026              by CM/ECF bsmith@shulmanrogers.com     Potomac, Maryland 20854-6801

CHARITY AT ITS BEST                    Charity At Its Best                       (p)JEFFERSON CAPITAL SYSTEMS LLC
6000 S Fashion Blvd.                   c\o Rebekah F. Paradis    By CM/ECF       PO BOX 7999
Suite 102                              Benjamin P. Smith         rparadis@shulmanrogers.com
Murray, Utah 84107-5436                12505 Park Potomac Avenue, Sixth Floor    SAINT CLOUD MN 56302-7999
                                       Potomac, Maryland 20854-6801


Montgomery County MD                   (p)COMPTROLLER OF MARYLAND                Pepco
27 Courthouse Square, Suite 200        BANKRUPTCY UNIT                           701 Ninth Street N.W.
Rockville, MD 20850-2308               7 ST PAUL STREET SUITE 230                Washington, DC 20001-4572
                                       BALTIMORE MD 21202-1626



Pepco                                  ROB HAERTEL, INC.                         Washington Suburban Sanitary Commission
PO Box 13608                           6000 S Fashion Blvd.                      14501 Sweitzer Lane
Philadelphia, PA 19101-3608            Suite 102                                 Laurel, MD 20707-5901
                                       Murray, Utah 84107-5436



William C Johnson                      William C. Johnson, Jr.                   Daniel M. Press
1310 L St NW                           6305 Ivy Lane                             Chung & Press, P.C.
Washington, DC 20005-4561              Suite 630                                 6718 Whittier Ave., Ste. 200
  By CM/ECF wcjjatty@yahoo.com,        Greenbelt, Maryland 20770-6367            McLean, VA 22101-4531
                                          By CM/ECF wcjjatty@yahoo.com,

Rebecca A. Herr                        Trudah A Harding                          William C Johnson Jr
Chapter 13 Trustee                     13604 Canal Vista Court                   The Johnson Law Group, LLC
185 Admiral Cochrane Dr.               Potomac, MD 20854-1028                    6305 Ivy Lane
Suite 240                                                                        Suite 630
Annapolis, MD 21401-7623                                                         GREENBELT, MD 20770-6367
  By CM/ECF ecf@ch13md.com                                                          By CM/ECF
                                                                                    wcjjatty@yahoo.com,



          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC          Office of the Comptroller of Maryland     End of Label Matrix
Po Box 7999                            Bankruptcy Unit                           Mailable recipients    17
Saint Cloud MN 56302-9617              7 St. Paul Street - Suite 230             Bypassed recipients     0
                                       Baltimore, MD 21202                       Total                  17
```