# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| IN RE: | ) | |
|    Trudah A. Harding | ) | Case No.:   19-15399 TJC |
| | ) | Chapter 13 |
|    Debtor. | ) | |
| | ) | |
| _____ | ) | |

### PRAECIPE

Pursuant to the Court's instruction.  Debtor's Counsel provides a copy of the Retainer Agreement between debtor and counsel as an attachment.

February 3, 2022

                                                ***/s/ William C. Johnson, Jr.***
                                                The Johnson Group, LLC
                                                William C. Johnson, Jr., Esq.
                                                Fed. Bar No. 15651
                                                6305 Ivy Lane
                                                Suite 630
                                                Greenbelt, Maryland
                                                (202) 525-2958

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2022, a copy of the foregoing was sent via ECF and first-class mail, postage pre-paid to the following:

U.S. Trustee
6305 Ivy Lane
Suite 620
Greenbelt, Maryland 20770

Trudah Harding
13604 Canal Vista Drive

2

Potomac, Maryland 20854

February 3, 2022                                             */s/ **William C. Johnson, Jr.***
                                                             The Johnson Group, LLC
                                                             William C. Johnson, Jr., Esq.