UNITED STATES BANKRUPTCY COURT DISTRICT OF  MARYLAND
(Greenbelt Division)

Trudah Harding Pro Se
Debtor

Case No.  2025-11103
Chapter 13

ORDER GRANTING DEBTORS INJUNCTION AGAINST CHARITY AT IT'S BEST/ Benjamin P. Smith, Esq., Substitute Trustees.

UPON CONSIDERATION, the Debtor Trudah Harding is hereby requesting that the bankruptcy court grant leave to file an injunction against the creditor Charity At It's Best/ Benjamin P. Smith, Esq., Substitute Trustee.

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MARYLAND, (Greenbelt Division) on this_____day of_____2026.

ORDERED:  that the INJUNCTION is hereby GRANTED.

_____
Honorable Judge United State Bankruptcy Court , District of Maryland (Greenbelt Division)

Send to:
Trudah Harding
13604?Canal Vista Court
Potomac, Maryland 20854

Benjamin P. Smith, Esq.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

AFFIDAVIT

I Trudah Harding do hereby Swear Under Penalty of Perjury that the statements I have made are true and correct to the best of my knowledge and belief.

Signed by: *Trudah Harding*
Trudah Harding
Date: 4/23, 2026.

NOTARY PUBLIC

I *Ouida Starbuck Lomicka* Notary do hereby swear that Trudah Harding personally appeared before me and executed the foregoing documents.

NOTARY:
Signed by:
Date: 4/23/2026

My Commission Expires on 06/17/26

OUIDA STARBUCK LOMICKA
Notary Public - State of Maryland
Montgomery County
My Commission Expires Jun 17, 2026