CASE NO. 25-11103

USBC-MD G FILED
23 APR '26 PM 3:54

CERTIFICATE OF SERVICE
Copy of the Motion FOR preliminary Injunction

I Certify that a copy of the foregoing WAS mailed by First Class mail postage Prepaid from the United States post Office on April 23, 2026 to.

Rebecca Herr-Trustee
185 Admiral Cochrane Dr. Rm. 240
Annapolis, Md.

Benjamin P. Smith, Esq.
12505 PARK Potomac Drive
SIX F100
Potomac, Md. 20854

Signed by: Jendah Harris
Date: April 23, 2026