## EXHIBITS

1. Email of payoff from plaintiff.

2. Letter from Housing Counselor.

3. Copy of assessment for tax year 2026.

4. Emails from Defendant to the Note Holder.

5. Emails from the Note Holder to the Defendant.

6. Letter from lender.

**From:** Trudah Harding <trudahharding@gmail.com>
**Date:** January 14, 2026 at 9:48:34 AM EST
**To:** Rob Haertel <robhaertel@gmail.com>
**Subject: Fwd: Harding**


Sent from my iPhone
Good morning Mr. Haertel,

Here is a copy of the Payoff that I sent to the Lender from Mr. Smith.

Reach out to me after you review the payoff.

Take care, and thank you.
Trudah

Begin forwarded message:

**From:** Dan Press <dpress@chung-press.com>
**Date:** January 13, 2026 at 11:38:29 PM EST
**To:** Trudah Harding <trudahharding@gmail.com>
**Subject: Fw: Harding**



Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
703-725-7600 mobile [Working remotely - best number]
dpress@chung-press.com
Selected as a 2012-24 Super Lawyer for Virginia and DC
**From:** Benjamin P. Smith <BSmith@shulmanrogers.com>
**Sent:** Monday, December 29, 2025 9:12:45 PM
**To:** Dan Press <dpress@chung-press.com>
**Subject:** RE: Harding

Dan,

Here are updated payoff amounts. Are you attempting to have both loans refinanced with a single new loan?

Senior Loan payoff to 12/31/25
Principal - $415,000.00
Interest - $758,351.49
Late Fees - $7,470.00
Unpaid Charges - $13,115.01
Total - $1,193,936.50

Junior Loan payoff to 12/31/25

Principal - $155,000.00
Interest - $282,771.67
Penalty Fee - $15,500.00
Property Tax Advance - $112,848.42
Total - $566,120.09

Best,
BENJAMIN P. SMITH
ATTORNEY AT LAW
BSmith@shulmanrogers.com I **T** (301) 230-5241 I **F** (301) 230-2891
12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854

**VCARD I**
**BIO**



*A Professional Association*
This communication is from a debt collector and any information obtained may be used for that purpose.

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Saturday, December 27, 2025 10:58 AM
**To:** Benjamin P. Smith <BSmith@shulmanrogers.com>
**Subject:** Harding

Can you send me a payoff statement for the Trudah Harding loan?  Thanks

The information contained in this electronic message and any attached documents is privileged, confidential, and protected from disclosure. It may be an attorney-client communication and, as such, is privileged and confidential. If you are not the intended recipient, note that any review, disclosure, copying, distribution, or use of the contents of this electronic message or any attached documents is prohibited. If you have received this communication in error, please destroy it and notify us immediately by telephone (1-301-230-5200) or by electronic mail (LawFirm@ShulmanRogers.com). Thank you.

IN THE Circuit Court for Montgomery County

**Trudah Harding, Pro Se**
Defendant

Case No. C-15-CV-24-001508
Third Party Sale

v.

**Benjamin P. Smith**
Substitute Trustee

**Re: Trudah Harding**
**Request for Equitable Relief – Letter from HUD Senior Housing Counselor**

Dear Honorable Judge:

My name is Charlene Watkins Byrd, and I am a HUD Senior Housing Counselor assisting Defendant, Ms. Trudah Harding. I respectfully submit this letter in strong support of Ms. Harding's request that this Court exercise its equitable authority to overturn the foreclosure sale and grant appropriate relief.

For over one year, I have worked closely with Ms. Harding to preserve her home and resolve the outstanding mortgage obligation. During this time, I have observed her consistent good-faith efforts to satisfy the debt and refinance the loan. She has not sought to evade responsibility; rather, she has actively attempted to cure the obligation under extraordinarily burdensome circumstances.

The loan at issue carried an interest rate of approximately 24%. The overwhelming majority of the balance claimed as owed consists of accumulated interest rather than principal. In my professional experience as a housing counselor, such a rate is exceptionally high and has resulted in a rapidly escalating balance that placed Ms. Harding in an untenable financial position. The structure of the loan itself significantly contributed to the default.

Most critically, on December 11, 2025, funds in the amount of $1,100,000.00 were available to satisfy the debt. The lender, Charity At It's Best, declined to accept payment at that time and did not provide a timely payoff statement. After intervention through counsel, a payoff was issued on December 28, 2025, to Ms. Harding's attorney, Dan Press. The payoff was immediately forwarded to Ms. Harding and then transmitted to her refinancing lender on December 30, 2025.

Within approximately twelve days of issuing the payoff, foreclosure action was initiated. In practical terms, twelve days is not a commercially reasonable period to complete underwriting, processing, and funding of a new loan—particularly one of this size. The initiation of foreclosure under these circumstances effectively undermined Ms. Harding's ability to cure the debt, despite clear evidence of available funds and active refinancing efforts.

Equity abhors forfeiture where a borrower has demonstrated both the intent and the ability to pay. Ms. Harding had secured funding, requested the payoff, and acted without delay once the payoff was received. The refusal to accept payment when available, followed by rapid foreclosure action, raises serious concerns regarding fairness and good faith.

Additionally, individuals who purchased the property at auction reportedly appeared at Ms. Harding's residence only hours after the sale and demanded that she vacate the home. This conduct, which is documented by video and audio evidence, has caused her significant emotional distress and further underscores the harsh consequences of the foreclosure process as it has unfolded.

Ms. Harding has shown persistence, cooperation, and willingness to resolve the matter. She is prepared to satisfy the debt under fair terms. She seeks not to avoid payment, but to prevent the loss of her home under circumstances where payment was both possible and actively pursued.

This Court possesses broad equitable authority in foreclosure matters to prevent injustice and ensure fairness. Under these facts, equity strongly favors:

- Setting aside the foreclosure sale.
- Allowing Ms. Harding a reasonable opportunity to complete refinancing and satisfy the debt.
- Reviewing the excessive interest accumulation and lender conduct; and
- Granting such other relief as justice requires.
- The foreclosure of a home is one of the most severe remedies available under the law. Where a borrower has demonstrated the ability and willingness to pay, and where lender conduct may have contributed to the loss, equity calls for judicial intervention.
- I respectfully ask this Honorable Court to exercise its equitable discretion to prevent irreversible harm and allow Ms. Harding the opportunity to resolve this matter in a just and fair manner.

Thank you for your consideration.

Respectfully submitted,

Charlene Watkins Byrd
Charlene Watkins Byrd
HUD Senior Housing Counselor
cwakins@firsthomealliace.com
(703) 732-7380

Upgrade Lending Group

175 Northpoint Ave Ste 206B

High Point NC 27262

336-491-5200

worldspanlm@gmail.com

February 16, 2026

Dear Mrs. Harding:

I recently heard about your situation with the foreclosure sale of your property at 13604 Canal Vista Ct., Potomac, Maryland 20854.

We are continuing to work on the loan in reference to that property for you.

If you are able to get this overturned in court, we would be more than happy to continue the loan process in order to get this loan closed.

I am not sure if you could ask the Court to Order the seller to corporate with us in order to get the loan close quickly.

Wishing you the very best outcome concerning this situation.

Best wishes,

*Kevin Murphy*

Kevin Murphy



# NOTICE OF ASSESSMENT

**Maryland**

**DEPARTMENT OF
ASSESSMENTS AND TAXATION**

MONTGOMERY COUNTY ASSESSMENT OFFICE
30 WEST GUDE DR, SUITE 400
ROCKVILLE, MD 20850-
(240)314-4510
SDAT.MONT@MARYLAND.GOV

NOTICE DATE: 12/30/2024 TAX YEAR BEGINNING: 07/01/2025

NOTICE NUMBER: 615199 CONTROL NUMBER: 6912

OWNER: MILLS-HARDING TRUDAH
HARDIN ALWIN W G

PROPERTY ADDRESS: 13604 CANAL VISTA CT

610   174470

#16-06-01827518 HR
MILLS-HARDING TRUDAH
HARDIN ALWIN W G
13604 CANAL VISTA CT
POTOMAC, MD 20854-1028

DIST: 06 MAP: EQ33 PARCEL: 0000 SEC: BLOCK: B LOT: 5

| | |
|---|---|
| Principal residence of the owner: | YES |
| Homestead Property Tax Credit application status for this property: | APPROVED |

If the principal residence status is wrong, contact the assessment office shown on this notice. If this property is your principal residence and the Homestead Property Tax Credit application status is **No Application**, you should apply at dat.maryland.gov or onestop.md.gov.

**State law requires all real property to be revalued at least every three years. The property above has been reviewed to determine the current market value based upon market data available prior to the date of this notice.**

| MARKET VALUE ASSESSMENT as of January 1, 2025 | | | | | |
|---|---|---|---|---|---|
| | **PRIOR** | | **CHANGE** | | **CURRENT** |
| **Land Market Value** | 1. $508,400 | 4. +$25,400 | | 7. $533,800 | |
| **Improvements Value** | 2. $1,613,200 | 5. +$803,500 | | 8. $2,416,700 | |
| **Total Market Value** | 3. $2,121,600 | 6. +$828,900 | | 9. $2,950,500 | |

### ASSESSMENT PHASE-IN

Any increase in the market value will be phased in over the tax years listed below.

| 2025 | 2026 | 2027 |
|---|---|---|
| $2,397,900 | $2,674,200 | $2,950,500 |

### TAXABLE PORTION OF YOUR ASSESSMENT FOR July 1, 2025

| County / Balt. City Taxable Assessment | State Taxable Assessment | Municipal Taxable Assessment |
|---|---|---|
| $2,333,760 | $2,333,760 | $0 |

The taxable assessment shown above reflects any eligible tax exemption or applicable homestead tax credit established by the taxing jurisdiction. These amounts will be applied to your actual July 1 tax bill unless your local government revises its Homestead Credit percentages by the March deadline or your Homestead Credit status changes.

**You have the right to appeal the current values in this notice of assessment.**

**Your appeal must be filed or postmarked by 2/13/2025.**
Your hearing options: Written, Telephone, Video Meeting, or In-Person Meeting

File your appeal at **assessmentappeals.dat.maryland.gov**.
Notice Number: 615199   Control Number: 6912

To file a paper appeal: Complete the form on Page 2 and return it to the local assessment office shown on this notice.

**From:** Trudah Harding <trudahharding@gmail.com>
**Date:** January 27, 2026 at 5:34:40 PM EST
**To:** Charlene <cwatkins@firsthomealliance.org>
**Subject: Fwd: Payoff**

From Mr. Haertel.

Sent from my iPhone

Begin forwarded message:

**From:** Rob Haertel <robhaertel@gmail.com>
**Date:** January 3, 2026 at 8:18:36 PM EST
**To:** Trudah Harding <trudahharding@gmail.com>
**Subject: Re: Payoff**

Let's talk next week. How may I help you?

*Rob Haertel, MBA, CPA, JD*

**Taxes, Mortgage, and Real Estate Expert**

6000 S Fashion Blvd #102

Murray, UT 84107

801-898-4210 - mobile

801-477-6229 - loans

6000 S Fashion Blvd #102, Murray, UT 84107

C-801-898-4210

W-801-477-6229

F-888-391-5008

www.robhaertel.com

www.robhaertelinc.com

**From:** Trudah Harding <trudahharding@gmail.com>
**Date:** December 27, 2025 at 1:43:18 PM EST
**To:** Dan Press <dpress@chung-press.com>
**Subject: Re:  Contact his attorney.**

Thank you

Sent from my iPhone

On Dec 27, 2025, at 10:58 AM, Dan Press <dpress@chung-press.com> wrote:

Ok.  Just emailed him

Sent from Outlook for Android
**From:** Trudah Harding <trudahharding@gmail.com>
**Sent:** Saturday, December 27, 2025 3:56:00 PM
**To:** Dan Press <dpress@chung-press.com>
**Subject:** Contact his attorney.

Sent from my iPhone
Good morning Dan,

I have been working with Mr. Haertel in reference to a loan.  We were working on seeing how much a loan could be increased from the $1.1K.  I had the lender start to work toward that goal, and he is working on that.  I asked Mr. Haertel to send a payoff to Mr.Murphy in the amount $1,637.393.43 cents.  Mr. Haertel sent a reply to my email asking me to contact my attorney and tell you to contact his attorney about the payoff request.
Thanks,
Trudah

----------------------------------------
Confidentiality Notice: This communication and any attachment may contain confidential and privileged information for the use of the designated recipients named above. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer.

Thank you.


On Fri, Jan 2, 2026 at 10:32 AM Trudah Harding <trudahharding@gmail.com> wrote:


Sent from my iPhone

Good morning Mr. Haertel,

When you have time give me a call, I need to speak to you about the payoff that your attorney sent.
The lender asked me a few questions and I want to talk to you before I answer them.

Talk to you soon.

Take care,
Trudah

**From:** Trudah Harding <trudahharding@gmail.com>
**Date:** December 26, 2025 at 4:25:26 PM EST
**To:** kevin murphy <worldspanlm@gmail.com>
**Subject: Fwd:  Loan payoff**

Kevin, I requested that he sends the payoff.  Forwarding you a copy of what I sent.
Thanks

Sent from my iPhone

Begin forwarded message:

**From:** Trudah Harding <trudahharding@gmail.com>
**Date:** December 26, 2025 at 4:21:00 PM EST
**To:** Rob Haertel <robhaertel@gmail.com>
**Subject: Loan payoff**

Sent from my iPhone

Good afternoon Mr. Haertel,

I spoke with Mr. Murphy this afternoon.  He is working on getting thing put together in reference to the loan.  He ask me to reach out to you to request that you send him the payoff in the amount of $1,637,393.43, so that he can be sure he will get the payoff.  So please send it as soon as possible.  You can also send me a copy as well.  Thank you so much and take care.

Thanks,
Trudah

designated recipients named above. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer.

Thank you.

On Tue, Jan 20, 2026 at 3:47 PM Trudah Harding <trudahharding@gmail.com> wrote:

Sent from my iPhone
Good afternoon Mr. Haertel,

I spoke with Mr. Murphy he has finished working up both loans. He wanted me to reach out to you to let you know what the maximum amount that he came up with, and to see if you are willing to accept that amount.  The maximum amount on the Senior Loan is the full amount$1,193,936.50.
The maximum amount of the Junior Loan is $406,000.00.
Please let me know as soon as possible so I can let Mr. Murphy know.
I hope you will be willing to accept this and work with me on any remaining balance.
He said he will have the letter sent out as soon as you let me know that you are willing to accept that amount and work with him to get this taken care of.
Mr. Haertel please reach out to me as soon as you can.  I don't have much time before the foreclosure.
As always thank you.
Trudah

If you need to speak directly with Mr. Murphy his direct line is (1336) 491-5200 or email him at worldspanlm@gmail.com

**From:** Trudah Harding <trudahharding@gmail.com>
**Date:** January 21, 2026 at 3:08:55 PM EST
**To:** Rob Haertel <robhaertel@gmail.com>
**Subject: Loan amount**

Sent from my iPhone
Good afternoon Mr. Haertel,

Did you get my email that I sent you on yesterday, if so please respond to let me know if that amount is ok with you, or just let me know what amount you will be willing to accept so I can see if they can get it up to that amount.
Please work with me to get through this.   Please don't let this go to foreclosure when there is a loan being worked on, that is why the the payoff was sent to the lender.  I may not have anything left over from the house when it is sold, but I am thankful that I am able to get the most out of it to pay you and my the taxes.

So please let me know as soon as possible what you are willing to take, if you decide not to accept the amount that the lender came up with.

Thank you, I have been praying day and night for you to say yes, and stop the foreclosure.

Best,
Trudah

**From:** Trudah Harding <trudahharding@gmail.com>
**Date:** January 15, 2026 at 1:25:46 AM EST
**To:** Rob Haertel <robhaertel@gmail.com>
**Subject: Foreclosure Notice**

Sent from my iPhone

Good morning Mr.Haertel,

I wanted to tell you that Mr. Smith sent me foreclosure papers in the mail. I wanted you to know that he is going to move forward with the foreclosure on the 29th. of January 2026. I am confused, the loan is almost finished, and now I get foreclosure papers.

I want you to see this. Mr. Smith was contacted by Mr. Johnson a few days ago. He also sent my attorney an email, and now Mr. Smith is foreclosing on the property.

Mr. Haertel please do not let Mr.Smith do this, he has been against me from him working with HMB, LLC. Please let the loan close. I will Let the Lender know what is happening. I do not owe Mr. Johnson any more Attorney fees.

This is wrong what he is doing, I hope you will stop him from moving forward on this.

Thank you,
Trudah