IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND

Trudah Harding Pro Se
Defendant

**RECEIVED**

JAN 3 0 2026

Clerk of the Circuit Court
Montgomery County, Md.

V

Case No. C-15-CV-24-001508

Benjamin P. Smith, et al
Substitute Trustee

MOTION TO VACATE THE SELL OF REAL PROPERTY LOCATED IN MONTGOMERY COUNTY MARYLAND

Re: Property Address:
13604 Canal Vista Ct.
Potomac, Maryland 20854

DEAR JUDGE YOU HONOR:

I am a Senior Citizen and the homeowner Trudah Harding and the Defendant in the above case. The property at 13604 Canal Vista Ct. Potomac, Maryland 20854, was sold at Auction on January 29, 2026. This Auction was held when the snow and ice was so bad it prevented me from be able to participate in the bidding at the auction.

For several days I tried to contact my lender Mr. Rob Haertel at Charity At It Best by email as well as calling him on his direct phone line. I got no response from him.
I contacted my HUD Senior Housing Counselor to see if she could reach Mr. Haertel, she was unable to get him to respond.

BACKGROUND:

I was working on a loan to pay Charity At It Best and following the request that Mr. Haertel ask me to do. He requested me to ask for a payoff to be sent by his attorney Mr. Smith to my attorney Mr.Press, this was sent on December 28, 2025.

I received the payoff and forwarded the payoff on 12/30/2025, to my lender, the lender continued to work on processing the loan. Mr. Haertel ask me to ask the lender to see what would be the maximum amount that the lender could come up with based on the payoff that was sent, that was done. I emailed Mr. Haertel the maximum amount on both notes that the lender came up with. I waited to here back from him about the findings, no response. He later sent me a email asking for an Approval Letter before he responded to the amount that the lender came up with. The lender just got the information on 12/30/2025, in order to work on the loan. Mr. Haertel never contacted me to say that he was putting the property in foreclosure.

The lender had the payoff for twelve days and Mr. Haertel and his Attorney Benjamin P. Smith, Esq. filed in court on January 12, 2026 for foreclosure on the property. The lender had no time to complete the loan process.

Several attempts were made to Mr. Haertel to stop the foreclosure and allow the loan to be paid. I requested the Approval Letter but I was unable to get it before the foreclosure date. Mr. Haertel stop responding to my emails as well as my phone. The lender also reached out to The Attorney Benjamin P. Smith letting him know when the funds were going to be available.

I HUNBLY REQUEST THAT THE COURT VACATE THE SELL:

I pray that the Court will find that this was an unlawful foreclosure and Vacate the Sell and allow the Defendant a chance to pay Charity At It's Best.

Respectfully submitted,

Trudah Harding
(202) 957-6629
Email:  trudahharding@gmail.com
13604 Canal Vista Court
Potomac, Maryland 20854

I Certify that a copy of the foregoing was emailed on January 30, 2026, to the following.

Benjamin P. Smith Esq.
Substitute Trustee
Email: Bsmith@shulmanrogers.com

Dan Press, Esq.
Attorney for the Defendant For Bankruptcy Case
Email:  dpress@chug-press.com

Charity At It's Best/Rob Haertel
Lender
Email: robhaertel@gmail.com

Charlene Watkins Byrd
HUD Senior Housing Counselor
Email:  cwatkins@firsthomealliance.com

# RECEIVED

## FEB 0 2 2026

Clerk of the Circuit Court
Montgomery County, Md.

☐ Mark this box if this form contains Restricted Information.

CIRCUIT COURT FOR *Montgomery County* ,MARYLAND

City/County

Located at *50 Maryland Ave. 20850*    Case No. *C 15-CV-24-125*

Court Address

Plaintiff *Benjamin P. Smith, Esq.*    VS.    Defendant *Trudah Harding*

Street Address *12505 Park Potomac Ave.*    Street Address *13604 Canal Vista Ct*

City, State, Zip *Potomac, Md. 20854*    City, State, Zip *Potomac, Md. 20854*

*(202) 957-6629*

Telephone Number    Telephone Number

MOTION *to request an emergency hearing*

(Md. Rule 2-311)

If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.

I, *Trudah Harding* , ☐ plaintiff ☒ defendant, move that the court grant the

Name

following request in the above-referenced matter:

*I am requesting an emergency hearing for the motion to vacate the sell of the real property located in Montgomery Maryland. See motion that was filed on January 30, 2026.*

*(Continue to page two (2) if in need of additional writing space.)*

Currently scheduled ☐ hearing ☐ trial date and time: _____

☐ Grounds and authorities: _____

☒ Request for hearing.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

*Feb. 3, 2026*

Date

*13604 Canal Vista Ct*

Street Address

*Potomac, Md. 20854*

City, State, Zip

*trudahharding@gmail.com*

E-mail

*Signature of Party*

*Trudah Harding*

Printed Name

*(202) 957-6629*

Telephone Number    Fax

## Certificate of Service

I certify that I served a copy of this motion upon the following party or parties by ☒ mailing first class mail, postage prepaid, ☐ hand delivery, on *Feb. 2, 2026* to:

*Benjamin P. Smith, Esq.*

Name

*12505 Park Potomac Ave*

Street Address

*6floor, Potomac, Md 20854*

City, State, Zip

Name    Street Address

City, State, Zip

*Feb. 3, 2026*

Date

*Signature of Party*

CC-022 (Rev. 08/2024)    Page 1 of 2    MOTIO