IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY
MARYLAND

Trudah Harding Pro Se
Defendant

Case No. C-15 CV-24-1508

**RECEIVED**

FEB 0 6 2026

Clerk of the Circuit Court
Montgomery County, Md.

V

Benjamin P. Smith, Esq.
Substitute Trustee

LINE IN SUPPORT OF MOTION TO VACATE FORECLOSURE
SALE

ARGUMENT

The Property was sold at public auction on January 29, 2026, for $618,000.00. The current tax assessment value of the Property is approximately $2,397,900.00.
The sale price therefore represents approximately twenty-six percent (26%) of the assessed value.

Under Maryland law a foreclosure sale may be vacated where there is gross inadequacy of price coupled with irregularity, unfairness, or circumstances that chilled bidding or suppressed competition.

The Substitute Trustee possessed discretion concerning the timing and conduct of the auction. The sale was conducted during severe winter weather conditions involving snow and ice that materially limited public attendance and competitive bidding.

Proceeding with the sale under hazardous weather conditions substantially impaired the competitive nature of the auction and directly contributed to a depressed sale price.

The resulting sale amount is so disproportionately low relative to the Property's assessed value that it shocks the conscience and evidence prejudice to the Defendant's substantial equity interest.

Equity requires that foreclosure sales be conducted fairly and under conditions reasonably calculated to obtain the highest possible price. That standard was not met here.

For these reasons, the Defendant respectfully request that this Court vacate the foreclosure sale.

BACKGROUND

A Consent Order was entered on September 12, 2025, in the United States Bankruptcy Court for the District of Maryland (Greenbelt Division). Although a payment of $650,000.00 was due on December 11, 2025, the transaction was not completed by that date.

However, the Defendant subsequently secured loan approval in the amount of $1,100,000.00 to reduce the outstanding Note balance of $1,637,393.43. This transaction would have subordinated the existing lien and allowed the new lender to assume first-lien position, with the Note Holder moving to second position.

The proposed $1,100,000.00 payment would have satisfied.

First Mortgage: $415,000.00
Second Mortgage: $155,000.00
Accrued Interest: $530,000.00

Total:   $1,100,000.00

The new lender requested a payoff statement to close the transaction and obtain first-lien position.
The Note Holder failed to provide the requested payoff statement and refused to accept payment.
As a result, foreclosure proceeded despite the Defendant's demonstrated ability to pay a substantial portion of the indebtedness and preserve the Property.

PRAYER FOR RELIEF

WHEREFORE, the Defendant respectfully prays that this Honorable Court

1. Grant the Motion to Vacate the Foreclosure Sale.

2. Set aside the sale conducted on January 29, 2026.

3. Restore possession of the Property to the Defendant.

4. Grant a hearing on the merits,

and

5. Grant such other and further Relief as this Court deems just and proper.


Respectfully submitted,

Trudah Harding

13604 Canal Vista Ct.

Potomac, Maryland 20854

(202) 957-6629

trudahharding@gmail.com


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2026, a copy of
the foregoing was mailed by first class, postage prepaid from the United States Post Office, to:

SHULMAN ROGERS, PA

Benjamin O.Smith, Esq.

12505 Park Potomac Avenue

Six Floor

Potomac, Maryland 20854


cc: Charlene Watkins Byrd

HUD Senior Housing Counselor

cwatkins@firsthomealliance. com


Signed by: Trudah Harding

Date: February 6, 2026

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND

Trudah Harding Pro Se
Defendant

V

Benjamin P. Smith, Esq.
Substitute Trustee

Case: No.  C-15-CV-24-1580

RE:  LINE IN SUPPORT OF MOTION TO VACATE FORECLOSURE SALE

CORRECTING:

The Defendant is filing the Corrected amount from the total of  $11,000,000.00 that was put in  by mistake, to the corrected amount of $1,100,000.00 as the total, on page two of the filing on February 6, 2026.

I apologize for any inconvenience that this may have caused.

Respectfully,

Trudah Harding
(202) 957-6629
trudahharding@gmail.com
13604 Canal Vista Ct.
Potomac, Maryland 20854

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed by first class mail postage prepaid from the United States Post Office on February 9, 2026, to:

SHULMAN ROGERS, PA
Benjamin P. Smith, Esq.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

cc:  Charlene Watkins Byrd
HUD Senior Housing Counselor
cwatkins@firsthomealliance.com

Signed by: _____
                        Trudah Harding

Date:  February 9, 2026