

**BENJAMIN P. SMITH** : ATTORNEY
301.230.5241 | bsmith@shulmanrogers.com

January 12, 2026

Trudah Mills-Harding a/k/a
Trudah A. Mills a/k/a
Truda M. Harding
13604 Canal Vista Court
Potomac, MD 20854

> Re:   13604 Canal Vista Court
> Potomac, MD 20854
> OWNER: Trudah Mills-Harding a/k/a Trudah A. Mills
> a/k/a/ Trudah M. Harding
> FILE No. 140345.00002

Dear Sir/Madam:

In compliance with applicable law, you are hereby notified that the above-referenced property, in which you may have an interest, will be sold at a foreclosure sale on January 29, 2026

A copy of the advertisement of sale as it will appear in the newspaper is enclosed as notice to you of the date, time, place, and terms of sale.

This letter is an attempt by our law firm to collect a debt and any information obtained will be used for that purpose. In the event you are now in a bankruptcy proceeding, have obtained a discharge in bankruptcy or have been otherwise released from personal liability, this notice (and our collection efforts) may only affect your ownership or possessory interest in subject property and not your personal obligations under the mortgage loan documents.

Sincerely yours,

Benjamin P. Smith

Enclosure - REGULAR MAIL and CERTIFIED MAIL - Return Receipt Requested

cc:
Trudah Mills-Harding a/k/a          Daniel M. Press, Esq.
Trudah A. Mills a/k/a               Chung & Press, P.C.
Truda M. Harding                    6718 Whittier Avenue, Suite 200
6619 Allison Street, NW             McLean, VA 22101
Washington, DC 20011

LAW OFFICES
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
(301) 230-5241
File No. 140345.00002

SUBSTITUTE TRUSTEE'S SALE
OF IMPROVED REAL PROPERTY

**13604 Canal Vista Court
Potomac, MD 20854
(the "Property")**

Under a power of sale contained in a certain Second Deed of Trust, Assignment of Rents and Security Agreement (the "Deed of Trust") from Trudah Mills-Harding (a/k/a Trudah A. Mills and Trudah M. Harding) to Jeffrey P. Shiller, Trustee, dated December 8, 2017, and recorded in Book 55536, at Page 94, among the Land Records of Montgomery County, Maryland, default having occurred under the terms thereof, the Substitute Trustees ("Trustees") will sell at public auction at the Circuit Court for Montgomery County, located at 50 Maryland Avenue, Rockville, MD 20850, at the Court House Door, on

**January 29, 2026 at 11:00 AM**

All that Fee Simple lot of ground and the improvements thereon, if any, identified as Tax ID No. 06-01827518 and more fully described in the aforesaid Deed of Trust.

The Property and improvements, if any, thereupon will be sold in "as is" condition and subject to conditions, restrictions, and agreements of record affecting the same, if any, and with no warranty of any kind.

Terms of Sale: A deposit of $15,000.00 by cashier's or certified check, or in such other form as the Substitute Trustees may determine, at their sole discretion at the time of sale. Balance of the purchase price to be paid in cash within ten days of final ratification of sale by the Circuit Court for Montgomery County. Interest to be paid on the unpaid purchase money at the rate of 13.00% from the date of sale to the date funds are received in the office of the Trustees. There will be no abatement of interest in the event additional funds are tendered before settlement or if settlement is delayed for any reason. The noteholder shall not be obligated to pay interest if it is the purchaser. TIME IS OF THE ESSENCE FOR THE PURCHASER. Adjustment of all real property taxes, including agricultural taxes, if applicable, and any and all public and/or private charges or assessments, including water/sewer charges and ground rent, to be adjusted to date of sale and thereafter assumed by purchaser. Condominium fees and/or homeowners association dues, if any, shall be assumed by the purchaser from the date of sale forward. Cost of all documentary stamps, transfer, and recordation taxes and settlement expenses shall be borne by the purchaser. Purchaser shall be responsible for obtaining physical possession of the Property. Purchaser assumes the risk

of loss or damage to the Property from the date of sale forward. Additional terms may be announced at the time of the sale.

If the Trustees are unable to convey good and marketable title, the purchaser's sole remedy in law and equity shall be limited to a refund of the deposit without interest. If the purchaser fails to go to settlement, the deposit shall be forfeited to the Trustees for application against all expenses, attorneys' fees and the full commission of the sale price of the above-scheduled foreclosure sale. In the event of default, all expenses of this sale (including attorneys' fees and the full commission of this sale) shall be charged against and paid out of the forfeited deposit. Any remaining deposit shall be applied to the loan secured by the Deed of Trust. The Trustees may then re-advertise and resell the Property at the risk and expense of the defaulting purchaser or may avail themselves of any legal or equitable remedies against the defaulting purchaser without re-selling the Property. In the event of a resale, the defaulting purchaser shall not be entitled to receive the surplus, if any, even if such surplus results from improvements to the Property by said defaulting purchaser, and the defaulting purchaser shall be liable to the Trustees and secured party for reasonable attorneys' fees and expenses incurred in connection with all litigation involving the Property or the proceeds of the resale.

Benjamin P. Smith
Rebekah F. Paradis
Substitute Trustees

HARVEY WEST AUCTIONEERS, LLC.
300 E. JOPPA ROAD
HAMPTON PLAZA-SUITE 1103
BALTIMORE, MD 21286
www.hwestauctions.com
410-769-9797

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

|  |  |  |
|---|---|---|
| **BENJAMIN P. SMITH,** *et al.* | ) | |
| **Substitute Trustees** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. C-15-CV-24-001508** |
| | ) | <u>**THIRD PARTY SALE**</u> |
| **v.** | ) | |
| | ) | |
| **TRUDAH MILLS-HARDING** | ) | |
| **a/k/a** | ) | |
| **TRUDAH A. MILLS** | ) | |
| **a/k/a** | ) | |
| **TRUDAH M. HARDING** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER OVERRULING EXCEPTIONS</u>

**UPON CONSIDERATION** of Defendant Trudah Harding's ("Defendant") Motion to Vacate the Sell[sic] of Real Property Located in Montgomery County Maryland (the "Exceptions"), and Plaintiffs Benjamin P. Smith and Rebekah F. Paradis, Substitute Trustees' ("Plaintiff") response filed thereto, it is by the Circuit Court for Montgomery County, Maryland this _____ day of _____, 2026,

**ORDERED**, that the Exceptions be, and the same are hereby, **OVERRULED**.

_____
Judge, Montgomery County, Maryland

<u>Copies to:</u>

Benjamin P. Smith, Esq.
Rebekah F. Paradis, Esq.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

Trudah Mills-Harding a/k/a
Trudah A. Mills a/k/a
Truda M. Harding
13604 Canal Vista Court
Potomac, MD 20854

Trudah Mills-Harding a/k/a
Trudah A. Mills a/k/a
Truda M. Harding
6619 Allison Street, NW
Washington, DC 20011

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
*Courtesy Copy*

Aryo Management LLC
c/o Saeed Najarantousi, Agent
11208 Bedfordshire Avenue
Potomac, MD 20854