**RECEIVED**

FEB 1 9 2026

Clerk of the Circuit Court
Montgomery County, Md.

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND

Trudah Harding Pro se
Defendant

      Case No.C-15-CV-24-1508
      THIRD PARTY SALE

V

Benjamin P. Smith, Esq.
Substitute Trustee

THE DEFENDANT OBJECTION TO THE PLAINTIFF OPPOSITION TO THE DEFENDANT MOTION TO REQUEST HEARING

Defendant, Trudah Harding is hereby filing an objection to the the Plaintiff's Opposition to the Defendant's Motion to Request a Hearing. The Defendant prays that this Court will deny the Plaintiff Opposition to the Defendant Motion based on the following:

RESPONSE TO:

Line 1.  Response:  Is correct.

Line 2.  Response:  Is correct

Line 3.  Response:  is correct

The Defendant did file the request correctly on the form issued by the court that contained Maryland Rule 2-311 and attached it to the Motion that requested that this Court Vacate the Sale.  The Exception should be allowed.

Line 4.  Response:  The Exceptions should be allowed.

The Defendant admits that she is not an attorney that would know all Maryland Rules of Procedure, however this court should allow the Defendant every opportunity to represent her self Pro Se if her request are clearly stated and the court can understand what the Defendant is seeking.

Line 5.  Response:  The Exception should be allowed.

The Defendant filed a LINE IN SUPPORT OF The MOTION TO VACATE FORECLOSURE SALE
on February 6, 2026, and also filed a correction to that filing on February 9, 2026, the Defendant did reference Maryland Rule 2-311 in her filing on the Courts form that requested the emergency hearing.
However the Defendant statements or clear in reference to her arguments concerning why the foreclosure sale should be Vacated.

Line 6.  Response:  The hearing should be allowed.

The Defendant has just cause for this Court to Allow the hearing to go forward.

Line 7.  Response - The Defendant
filed the Emergency Hearing on the courts form that reference the Md Rule 2-311, this form was attached to the Motion to Vacate the Sale.  If the request for the hearing needs to be put in the contents of that Motion I would like to request the Court allow the Defendant the  opportunity to modify the Motion and add that request directly in the Motion.

Line 8.  Response:  The Defendant did follow the proper procedure to request a hearing under Maryland Rule 2-311.

The courts form that was filed on February 2, 2026,  clearly stated the (Md. Rule 2-311), on the Motion.  The Defendant wrote on the heading of the Motion request an emergency hearing, as well as referencing the Motion that was filed on January 30, 2026.

Line 9.  Response:  The Defendant did request a hearing on February 2, 2026, that Motion clearly stated under the heading a Request for an Emergency Hearing. The Exception should be allowed.

Line 10.  Response:  WHEREFORE, the  Defendant respectfully prays that this Honorable Court will deny the Plaintiff's Opposition To Defendant's Motion Request Hearing and

1.  Grant the Defendant Motion for a hearing,  allowing the Defendant an opportunity to try to save her property from foreclosure sale, and

2.  Grant such other and further Relief as this Court deems just and proper.

Respectfully submitted,

Trudah Harding
13604 Canal Vista Court
Potomac, Maryland 20854
(202) 957-6629
trudahharding@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy a copy of the foregoing was mailed by first class mail postage prepaid from the United State Post Office on February ____2026, to

SHULMAN ROGERS, PA
Benjamin P. Smith, Esq.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

cc:  Charlene Watkins Byrd
HUD Senior Housing Counselor
cwatkins@firsthomealliance.com

Signed by: _____
            Trudah Harding

Date: February ____2026

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND

Trudah Harding Pro Se
Defendant

Case No.  C-15-CV-24-001508
THIRD PARTY SALE

V

Benjamin P. Smith, Esq.
Substitute Trustee

ORDER DENYING THE PLAINTIFFS OPPOSITION TO THE DEFENDANT'S MOTION TO REQUEST A HEARING

UPON CONSIDERATION of the Defendant Trudah Harding is hereby requesting that the Opposition filed by the Plaintiff in the Circuit Court For Montgomery County Maryland, not allowing the Defendant to have a hearing in reference to the Property located in Montgomery County Maryland.

This_____day of _____2026.

ORDERED, Opposition filed by the Plaintiff is hereby, DENIED.

ORDERED, that the Motion for the Defendant's Emergency Hearing is hereby, Granted.

_____
Honorable Judge, Montgomery County Maryland

COPIES SENT TO:

TRUDAH HARDING
13604 Canal Vista Ct.
Potomac, Maryland 20854

BENJAMIN P. SMITH, ESQ.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | | |
|---|---|---|
| **BENJAMIN P. SMITH,** *et al.* | ) | |
| **Substitute Trustees** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. C-15-CV-24-001508** |
| | ) | **THIRD PARTY SALE** |
| **v.** | ) | |
| | ) | |
| **TRUDAH MILLS-HARDING** | ) | |
| **a/k/a** | ) | |
| **TRUDAH A. MILLS** | ) | |
| **a/k/a** | ) | |
| **TRUDAH M. HARDING** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO REQUEST HEARING

Plaintiffs, Benjamin P. Smith and Rebekah F. Paradis ("Plaintiffs" and/or "Substitute Trustees"), by and through undersigned counsel, hereby files this Opposition (the "Opposition") to the Motion to Request an Emergency Hearing (the "Motion") filed by the Defendant Trudah Harding ("Defendant"), and state as follows:

1.      On January 29, 2026, the Plaintiffs sold the property known as 13604 Canal Vista Court, Potomac, MD 20854 (the "Property") at the main entrance of the Circuit Court for Montgomery County, Maryland (the "Foreclosure Sale"), as stated in the Report of Sale filed on February 2, 2026.

2.      One day later, the Defendant filed a Motion to Vacate the Sell[sic] of Real Property Located in Montgomery County Maryland (the "Exceptions").

3.      On February 2, 2026, the Defendant filed the Motion wherein she requests an emergency hearing on the Exceptions.

4.      Contemporaneously with the filing of this Opposition, the Plaintiffs are also filing an opposition to the Exceptions (the "Opposition to Exceptions"), which the Plaintiffs incorporate by reference herein as if restated in full.

5.      As explained in the Opposition to Exceptions, the Exceptions should be overruled because the Defendant failed to allege any procedural irregularity under Maryland Rule 14-305.

6.      Thus, it is evident that there is no need for a hearing on the Exceptions because they should be summarily overruled.

7.      Further, the Defendant did not follow proper procedure to request a hearing.

8.      Under Maryland Rule 2-311, "[a] party desiring a hearing on a motion, other than a motion filed pursuant to Rule 2-532, 2-533, or 2-534, shall request a hearing in the motion or response under the heading 'Request for Hearing.' The title of the motion or response shall state that a hearing is requested." *See* Md. Rule 2-311(f).

9.      The Defendant did not request a hearing by requesting a hearing in the motion under the heading "Request for Hearing" and the title of the Exceptions did not state that a hearing is requested.

10.     Therefore, the Plaintiffs respectfully request that the Motion be denied.

**WHEREFORE**, the Substitute Trustees respectfully request that the Motion be denied, and that this Court grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**SHULMAN ROGERS, P.A.**

By:

Benjamin P. Smith (CPF No. 0906160152)
Rebekah F. Paradis (CPF No. 2311290066)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:  (301) 230-5241 (Smith)
          (301) 230-5257 (Paradis)
FAX:  (301) 230-2891
EMAIL: bsmith@shulmanrogers.com
          rparadis@shulmanrogers.com

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2026, true copies of the foregoing **Plaintiffs' Opposition to Defendant's Motion for Hearing** and its related **Proposed Order** were mailed by first class mail, postage prepaid, to the following:

Trudah Mills-Harding a/k/a
Trudah A. Mills a/k/a
Truda M. Harding
13604 Canal Vista Court
Potomac, MD 20854

Trudah Mills-Harding a/k/a
Trudah A. Mills a/k/a
Truda M. Harding
6619 Allison Street, NW
Washington, DC 20011

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
*Courtesy Copy*

Aryo Management LLC
c/o Saeed Najarantousi, Agent
11208 Bedfordshire Avenue
Potomac, MD 20854

Benjamin P. Smith

4

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| BENJAMIN P. SMITH, *et al.* ) | |
| Substitute Trustees ) | |
| ) | |
| Plaintiffs, ) | Civil No. C-15-CV-24-001508 |
| ) | THIRD PARTY SALE |
| v. ) | |
| ) | |
| TRUDAH MILLS-HARDING ) | |
| a/k/a ) | |
| TRUDAH A. MILLS ) | |
| a/k/a ) | |
| TRUDAH M. HARDING ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING MOTION

UPON CONSIDERATION of Defendant Trudah Harding's ("Defendant") Motion to Request Emergency Hearing (the "Motion"), and Plaintiffs Benjamin P. Smith and Rebekah F. Paradis, Substitute Trustees' ("Plaintiff") opposition filed thereto, it is by the Circuit Court for Montgomery County, Maryland this _____ day of _____, 2026,

ORDERED, that the Motion be, and the same are hereby, DENIED.

_____
Judge, Montgomery County, Maryland

Copies to:

Benjamin P. Smith, Esq.
Rebekah F. Paradis, Esq.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

Trudah Mills-Harding a/k/a
Trudah A. Mills a/k/a
Truda M. Harding
13604 Canal Vista Court
Potomac, MD 20854

Trudah Mills-Harding a/k/a
Trudah A. Mills a/k/a
Truda M. Harding
6619 Allison Street, NW
Washington, DC 20011

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
*Courtesy Copy*

Aryo Management LLC
c/o Saeed Najarantousi, Agent
11208 Bedfordshire Avenue
Potomac, MD 20854