IN THE CIRCUIT COURT OF MONTGOMERY COUNTY MARYLAND
       Civil Division

Trudah Harding Pro Se
Defendant

Case No.  C-15-CV-24-001508
THIRD PARTY SALE

**RECEIVED**

V

APR 03 2026

Benjamin P. Smith, Esq.
Substitute Trustee
Plaintiff

Clerk of the Circuit Court
Montgomery County, Md.

        MOTION
      (Md. Rule 2-311)
REQUESTING AN EMERGENCY HEARING FOR RE-CONSIDERATION FROM THIS COURT TO
VACATE THE FORECLOSURE SALE

Dear Honorable Judge McQuen:

COME NOW, the Defendant Trudah Harding is hereby requesting that this Court Re-Consider there ruling
against the Defendant on the matter of the foreclosure sale of the property located at 13604 Canal Vista
Ct.
Potomac, Maryland 20854, for the following reasons.

1.  DEFENDANTS HAS A RIGHT TO HAVE AN EMERGENCY HEARING BEFORE A JUDGE UNDER
(Md. Rule 2-311)

The Defendant is reaching out to this Court to try to ask that this Court understand the urgency of the
Defendant trying not to loose everything from the Court ruling against her on April 1, 2026.  This ruling
didn't even allow the Defendant an opportunity to have an emergency hearing before a judge.  It doesn't
seem like the Defendant documents that were filed were even considered.

2.  REQUESTING AN EMERGENCY HEARING BEFORE THE RATIFICATION

The Defendant has a small window of opportunity to try to have this court hear why this sale should be
vacated before it is Ratified.  The Defendant has a buyer that is willing to pay the lender.  Please give the
Defendant an opportunity to fight on her behalf so that she will not loose the remaining equity in her
property.

3.  PRAY FOR RELIEF

WHEREFORE, the Defendant respectfully prays that this Honorable Court will grant the Defendant
motion for an emergency hearing for re-consideration to vacate the foreclosure sale based on the merits
and

Grant such other and further Relief as this COURT deems just and proper.

Respectfully submitted,

Trudah Harding

13604 Canal Vista Ct.
Potomac, Maryland 20854
(202) 957-6629

CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was mailed by first class mail postage prepaid from the United State Post Office on _April 3,_____2026, to.

Benjamin P. Smith, Esq.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

4/03/2026

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND
        Civil Division

Trudah Harding Pro Se
Defendant                                                                                     /

Case No.  C-15-CV-24-001508
THIRD PARTY SALE

V

Benjamin P.Smith, Esq.
Substitute Trustee
Plaintiff

ORDER GRANTING THE DEFENDANT MOTION FOR AN EMERGENCY HEARING FOR RE-CONSIDERATION TO VACATE THE FORECLOSURE SALE.

UPON CONSIDERATION, of the Defendant Trudah Harding, in reference to property located in Montgomery County Maryland, the Defendant is hereby requesting that this Court grant the Defendant Motion for an Emergency Hearing for re-consideration to vacate the foreclosure sale.

On this _____day of _____2026.

ORDERED, that the Defendant Motion for an Emergency Hearing is hereby, GRANTED.

_____
Honorable Judge for Montgomery County Maryland

Copies Sent To.

Trudah Harding
13604 Canal Vista Ct.
Potomac, Maryland 20854

Benjamin P. Smith,Esq.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | | |
|---|---|---|
| **BENJAMIN P. SMITH** | * | |
| Plaintiff | * | |
| v. | * | **C-15-CV-24-001508** |
| **TRUDAH MILLS-HARDING** | * | |
| Defendant | * | |

## ORDER
### (Emergency Motion)

**UPON CONSIDERATION** and review of Defendant's Motion Requesting an Emergency Hearing for Re-Consideration from this Court to Vacate the Foreclosure Sale filed April 3, 2026; and, it is, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the Emergency Motion has been reviewed and does not appear to the Court to require an emergency hearing. Assignment Office, please set in the normal course.

JUDGE, Jennifer S. Fairfax      04/03/2026 3:43:22 PM
of the Circuit Court for
Montgomery County, Maryland

Entered: Clerk, Circuit Court for
Montgomery County, MD
April 6, 2026