IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND
        Civil Division

Trudah Harding Pro Se
Defendant

**RECEIVED**

Case No.  C-15-CV-24-001508
THIRD PARTY SALE

APR 0 8 2026

V

Clerk of the Circuit Court
Montgomery County, Md.

Benjamin P. Smith, Esq.
Substitute Trustee
Plaintiff

## MOTION
## FOR RE-CONSIDERATION TO OVERTURN THE ORDER OVERRULING EXCEPTION

Dear Honorable Judge McQuen..


COME NOW, the Defendant Trudah Harding is humbly requesting that this Court overturn their ruling on the ORDER OVERRULING EXCEPTIONS, and allow the Exceptions to be granted under Md. Rule 14-305.

ARGUMENTS:

The property was sold at public auction on January 29, 2026, for 618,000.00.  The current tax assessment value of the property is $2,674.200.00

Under Maryland Rule 14-305 the foreclosure may be vacated where there are gross inadequacy of price coupled with irregularity, unfairness, or circumstances that chilled bidding or suppressed competition.

The Substitute Trustee possesses discretion concerning the timing and conduct of the auction.  The sale was conducted during severe winter weather conditions involving snow and ice that materially limited public attendance and competitive bedding.

Proceeding with the sale under hazardous weather conditions substantially impaired the competitive nature of the auction and directly contributed to a depressed sale price.

The resulting sale amount is so disproportionately low relative to the property's assessed value that it shocks the conscience and evidence of to the Defendant's substantial equity interest.

Equity requires that foreclosure sales be conducted fairly and under conditions reasonably calculated to obtain the highest possible price.  This standard was not met here

For the above arguments, the Defendant respectfully request that this Court overturn the Order Overruling Exceptions and Grant the Defendant Motion for Exceptions/Re-Consideration.

PRAYER FOR RELIEF

WHEREFORE, the Defendant respectfully prays that the this Honorable Court

1.  Grant the Motion for Re-Consideration and vacate the foreclosure sale.

2. Overturn the Order overruling Exceptions and Grant Exceptions.
3. Grant a hearing on the merits.
4. Set aside the sale conducted on January 29,2026.
5. Restore possession of the property to the Defendant,
and
6. Grant such and further Relief as this Court deems just and proper.

Respectfully submitted,

Trudah Harding
13604 Canal Vista Ct.
Potomac, Maryland 20854
trudahharding@gmail.com

CERTIFICATE OF SERVICE

I Certify that a copy of the foregoing was mailed by first class mail postage prepaid from the United State Post Office on April___2026 to.

SHULMAN ROGERS, P.A.
Benjamin P. Smith, Esq.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND
Civil Division

Trudah Harding Pro Se
Defendant

Case No.  C-15-CV-24-001508
THIRD PARTY SALE

V

Benjamin P.Smith, Esq.
Substitute Trustee
Plaintiff

ORDER GRANTING THE DEFENDANT MOTION FOR RE-CONSIDERATION OF THE ORDER OVERRULING EXCEPTION AND ALLOWING THE EXCEPTION TO BE GRANTED.

UPON CONSIDERATION, of the Defendant Trudah Harding, in reference to property located in Montgomery County Maryland, the Defendant is hereby requesting that this Court grants the Defendant's Motion for re-consideration to vacate the foreclosure sale.

On this _____day of _____2026.

ORDERED, that the Defendant's Motion for exceptions is hereby, GRANTED.

_____
Honorable Judge for Montgomery County Maryland

Copies Sent To.

Trudah Harding
13604 Canal Vista Ct.
Potomac, Maryland 20854

Benjamin P. Smith,Esq.
12505 Park Potomac Avenue
Six Floor
Potomac, Maryland 20854

E-FILED; Montgomery Circuit Court
Docket: 2/6/2026 11:09 AM; Submission: 2/6/2026 11:09 AM
Envelope: 25004898

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| BENJAMIN P. SMITH, *et al.*<br>Substitute Trustees<br><br>Plaintiffs,<br><br>v.<br><br>TRUDAH MILLS-HARDING<br>a/k/a<br>TRUDAH A. MILLS<br>a/k/a<br>TRUDAH M. HARDING<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil No. C-15-CV-24-001508<br>**THIRD PARTY SALE** |

### ORDER OVERRULING EXCEPTIONS

**UPON CONSIDERATION** of Defendant Trudah Harding's ("Defendant") Motion to Vacate the Sell[sic] of Real Property Located in Montgomery County Maryland (the "Exceptions"), and Plaintiffs Benjamin P. Smith and Rebekah F. Paradis, Substitute Trustees' ("Plaintiff") response filed thereto, it is by the Circuit Court for Montgomery County, Maryland this __18th__ day of __March__, 2026,

**ORDERED**, that the Exceptions be, and the same are hereby, **OVERRULED**.

_Catherine H. McQueen_
Judge, Montgomery County, Maryland

03/18/2026 10:49:57 AM

Copies to:

Benjamin P. Smith, Esq.
Rebekah F. Paradis, Esq.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854

This is a proper order to be signed
_Walter P. Hodges-Robin_
Special Magistrate

Entered: Clerk, Circuit Court for
Montgomery County, MD
April 1, 2026