**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re                                                          )
                                                               )
Trudah A. Harding                                              )
                                                               )          No. 25-11103-MCR
                    Debtor.                                    )          Chapter 13
                                                               )
_____)

**ORDER GRANTING SUMMARY JUDGMENT SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #7 (William C. Johnson, Jr.)**

Upon consideration of the Motion for Summary Judgment on the Objection of the Debtor

to Proof of Claim #7 filed in this case by William C. Johnson, Jr., any response thereto, and there

being no genuine issue of material fact and Debtor being entitled to judgment as a matter of law

for the reasons stated in the Motion, it is hereby

ORDERED that the Motion is GRANTED and proof of claim #7 is DISALLOWED in its

entirety.

Copies to:

William Johnson (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order