**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                                                          *

    Trudah A. Harding                          *        Case No. 25-11103

           Debtor.                         *        (Chapter 13)

_____        *

**<u>ORDER-MOTION FOR SUMMARY JUDGMENT</u>**

    **UPON CONSIDERATION** of the Claimant William C. Johnson, Jr's Motion for Summary Judgment, and any opposition thereto, it is hereby

    **ORDERED**, Claimant William C. Johnson, Jr's Motion for Summary Judgment, is **GRANTED**, and it is,

    **FURTHER ORDERED**, Proof of Claim #7 is an Allowed Claim.


Cc:

William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

**End of Order**