**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

IN RE:                                *
       Trudah A. Harding                     *        Case No. 25-11103
               Debtor.                 *        (Chapter 13)
                                 *
_____

**ORDER- MOTION FOR SUMMARY JUDGMENT ON OBJECTION TO PROOF
<u>OF CLAIM #7</u>
(William C. Johnson, Jr.)**

       **UPON CONSIDERATION** of the Motion for Summary Judgment on Objection
to Proof of Claim #7, and any opposition thereto, it is hereby

       **ORDERED**, Motion for Summary Judgment on Objection to Proof of Claim #7,
is **DENIED**, and it is,

       **FURTHER ORDERED**, Proof of Claim #7 is an Allowed Claim.

Cc:

William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

**End of Order**