**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

IN RE:                                                          *

    Trudah A. Harding                            *           Case No. 25-11103

           Debtor.                            *           (Chapter 13)

                                                                 *

_____

<u>**ORDER-MOTION FOR RELIEF FROM THE AUTOMATIC STAY**</u>

    **UPON CONSIDERATION** of the Movant's Motion for Relief From Automatic

Stay, and any opposition thereto, it is hereby;

    **ORDERED**, the Movant's Motion for Relief From Automatic Stay is

**GRANTED**.


 Cc:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
 6305 Ivy Lane, Suite 630
 Greenbelt, Maryland 20770

Trudah Harding
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101


**End of Order**

1