Label Matrix for local noticing
0416-0
Case 25-11103
District of Maryland
Greenbelt
Thu Oct  2 13:39:43 EDT 2025

Charity At Its Best
Shulman Rogers, P.A.
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854-6803

BENJAMIN P. SMITH, TRUSTEE
ROBEKAH F. PARADIS, TRUSTEE
SHULMAN ROGERS, P.A.
12505 Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854-6801

CHARITY AT ITS BEST
6000 S Fashion Blvd.
Suite 102
Murray, Utah 84107-5436

Charity At Its Best
c\o Rebekah F. Paradis
Benjamin P. Smith
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854-6801

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Montgomery County MD
27 Courthouse Square, Suite 200
Rockville, MD 20850-2308

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Pepco
701 Ninth Street N.W.
Washington, DC 20001-4572

Pepco
PO Box 13608
Philadelphia, PA 19101-3608

ROB HAERTEL, INC.
6000 S Fashion Blvd.
Suite 102
Murray, Utah 84107-5436

Washington Suburban Sanitary Commission
14501 Sweitzer Lane
Laurel, MD 20707-5901

William C Johnson
1310 L St NW
Washington, DC 20005-4561

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

Trudah A Harding
13604 Canal Vista Court
Potomac, MD 20854-1028

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Office of the Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street - Suite 230
Baltimore, MD 21202

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15