# THE JOHNSON LAW GROUP, LLC

**6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
(202) 431-2650
Fax (301) 288-7473**

**William C. Johnson, Jr. Esq., MBA, LL.M-DC, MD**
**William C. Johnson, III, Esq. – MD**

June 25, 2026

Trudah Harding
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

RE:     **In re Trudah Harding** – Bankruptcy Case No. 25-11103

Dear Dan:

The purpose of this letter is to provide you adequate notice of the debtor's Expedited Motion for Relief from Automatic Stay.  It is our intent to have the matter heard before the Bankruptcy Court at 9:30 AM, June 29, 2026.  A copy of the motion has been provided to you in preparation for the Expedited Hearing.

Should you have any questions or concerns please feel free to contact me at the above address and number.  Thank you for your consideration in this matter.

Sincerely,

*/s/ William C. Johnson, Jr.*

William C. Johnson, Jr. Esq., MBA, LL.M.

CC:  File

1