**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
|    Trudah A. Harding | * | Case No. 25-11103 |
|        Debtor. | * | (Chapter 13) |
| | * | |

_____

**ORDER-EXPEDITED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    **UPON CONSIDERATION** of the Movant's Expedited Motion for Relief From Automatic Stay, and any opposition thereto, it is hereby;

    **ORDERED**, the Movant's Expedited Motion for Relief From Automatic Stay is **GRANTED**.


 Cc:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
 6305 Ivy Lane, Suite 630
 Greenbelt, Maryland 20770

Trudah Harding
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101


**End of Order**

1