**IN THE UNITED STATES BANKRUPTC COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                                    *

    TRUDAH A. HARDING,          *          Case No. 25-11103

          Debtor(s).              *          (Chapter 13)

                                    *
_____

**ORDER GRANTING MOTION FOR AN ORDER SHORTENING THE NOTICE**
**PERIOD FOR THE HEARING ON THE EXPEDITED MOTION FOR RELIEF**
**<u>FROM AUTOMATIC STAY</u>**

**UPON CONSIDERATION** of Claimant William C. Johnson, Jr.'s Motion for an Order Shortening the Notice Period for the hearing on Expedited Debtor's Motion for Relif from Automatic Stay, and any opposition thereto, good cause having been shown, it is hereby,

**ORDERED**, the Motion for an Order Shortening the Notice Period for the hearing on Expedited Debtor's Motion for Relief from Automatic Stay is **GRANTED**, and it is:

**FURTHER ORDERED**, the hearing for the Expedited Debtor's Motion for Relief from Automatic Stay shall occur June 29, 2026, at 9:30 am in Court Room 3-C via Zoom.gov.

Copies to:

1

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
 6305 Ivy Lane, Suite 630
 Greenbelt, Maryland 20770

Trudah Harding
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

End of Order