**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **TRUDAH HARDING**<br>    **Plaintiff,**<br><br>    **v.**<br><br>**WILLIAM C. JOHNSON, JR. ESQ.**<br>    **Defendant.** | **Case No. 2024-CAB-7124**<br><br>**Judge Julie H. Becker** |

## ORDER

This order serves to memorialize the rulings made during the oral motion hearing on June 22, 2026.  Both parties appeared in person without counsel.  For the reasons stated on the record in open court, it is this 22nd day of June, 2026, hereby

**ORDERED** that Plaintiff Trudah Harding's Motion to Voluntarily Dismiss the Complaint Without Prejudice, filed June 16, 2026, is **DENIED.**  It is further

**ORDERED** that Defendant William C. Johnson, Jr. Esq.'s Motion for Summary Judgment, filed March 16, 2026, is **HELD IN ABEYANCE.**  It is further

**ORDERED** that no later than July 6, 2026, Mr. Johnson shall respond to Ms. Harding's amended complaint.  Should Mr. Johnson file a dispositive motion in response, or a supplement to his current summary judgment motion, Ms. Harding shall then have two weeks to file any opposition.  It is further

**ORDERED** that the parties' remote status hearing set for July 10, 2026 is **VACATED AND CONTINUED** to July 31, 2026 at 11:30 am in remote Courtroom 415. If no attorney has entered an appearance on Ms. Harding's behalf prior to that hearing, the Court will proceed with

the understanding that Ms. Harding will continue to represent herself in this matter.

    **SO ORDERED**.

_____
**Julie H. Becker, Associate Judge**

Copies to:
Parties and counsel of record via Odyssey