**VIRGINIA:**

### IN THE CIRCUIT COURT FOR ARLINGTON COUNTY

JOSEPH S. MAHALEY, *et al.*

   *Plaintiffs,*

v.

SAMUEL METTERS, *et al.*

   *Defendants.*

CASE NO.: CL21002581-02

CL21002581-02
OT
CNTO

### <u>ORDER</u>

THIS MATTER CAME before the Court on the Motion of the of the Defendants, Primis Bank and Kevin O'Donnell, Substitute Trustee, with the consent of the Plaintiffs and the Defendants, Bettye K. Metters and Bettye K. Metters, Executor of the Estate of Samuel Metters, all by Counsel, for this Order continuing the June 17, 2026 hearing set for demurrers, pleas in bar or other responsive pleadings to July 15, 2026 at 1:00 p.m., and

IT APPEARING to the Court that all parties cannot attend the June 17, 2026 hearing, it is hereby

ORDERED that this matter be and is hereby continued to July 15, 2026 at 1:00 p.m. for the Court to hear argument on any currently filed demurrer, plea in bar or other responsive pleading.

ENTERED this 16th day of June, 2026.

Daniel S. Fiore, II
Judge, Circuit Court of Arlington
County, Virginia

SEEN AND AGREED:

*/s/ Richard A. Lash*
Richard A. Lash, VSB No.25723
Buonassissi, Henning & Lash, P.C.
12355 Sunrise Valley Drive, Suite 650
Reston, VA 20191
Ph:  703-217-5602
Fax:  888-252-7739
Richard.Lash@bhlpc.com
*Counsel for Plaintiffs*

SEEN AND AGREED:


Daniel M. Press, Esq.
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA  22101
dpress@chung-press.com
*Counsel for Defendants* Bettye K. Metters, Individually and as Executor of the
Estate of Samuel Metters


SEEN AND AGREED:


Jeffery T. Martin, Jr., Esq.
MARTIN LAW GROUP, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA, 22182
jeff@martinlawgroupva.com
*Counsel for Defendants Primis Bank and Kevin O'Donnell, Substitute Trustee*