**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

## ORDER GRANTING MOTION TO RESCHEDULE HEARING

Upon consideration of Debtor's Motion to Reschedule Hearing, it is hereby ORDERED that the virtual hearing on the Order to Show Cause and the Motion for Relief from Stay presently set for July 15, 2026, at 12:00 noon is rescheduled to _____, 2026 at _____ ___.m.

Copies to:

William Johnson (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order