**IN THE UNITED STATES BANKRUPTC COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                                        *

    TRUDAH A. HARDING,             *        Case No. 25-11103

         Debtor(s).              *        (Chapter 13)

                                        *

_____

## ORDER - MOTION TO RESCHEDULE JULY 15 HEARING

**UPON CONSIDERATION** of Debtor's Motion to Reschedule July 15 Hearing, and any opposition thereto, good cause having been shown, it is hereby,

**ORDERED**, the Motion to Reschedule July 15 Hearing is **GRANTED**, and it is:

**FURTHER ORDERED**, the hearing for the Motion for Relief from Automatic Stay shall occur July, 2026, at 3:00 pm in Court Room 3-C via Zoom.gov.

Copies to:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770

Trudah Harding
Daniel M. Press

1

Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

End of Order