United States Bankruptcy Court

District of Maryland

In re:

Trudah A Harding

     Debtor

Case No. 25-11103-MCR

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + | Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |
| cr | + | William C Johnson, Jr, The Johnson Law Group, LLC, 6305 Ivy Lane, Suite 630, GREENBELT, MD 20770-6367 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com<br>vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,rparadis@shulmanrogers.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Seth W Diamond | sdiamond@shulmanrogers.com  w.sr69548@notify.bestcase.com |
| William C. Johnson | wcjjatty@yahoo.com  wjohnson@dcmdconsumerlaw.com,johnsonwr90391@notify.bestcase.com |

District/off: 0416-0                    User: admin                          Page 2 of 2
Date Rcvd: Aug 05, 2026                 Form ID: pdfparty                     Total Noticed: 3
TOTAL: 5

Entered: August 5th, 2026
Signed: August 5th, 2026

## DENIED

On July 21, 2026, the Court entered an order abstaining from exercising jurisdiction with regard to the adjudication of the Debtors liability on the claimants breach of contract claim and the liquidation of any damages on account of that claim pursuant to 28 U.S.C. § 1334(c)(1). Therefore, the motion for summary judgment is denied as moot.



_Maria Ellena Chavez-Ruark_

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

## ORDER GRANTING SUMMARY JUDGMENT SUSTAINING OBJECTION TO PROOF OF CLAIM #7 (William C. Johnson, Jr.)

Upon consideration of the Motion for Summary Judgment on the Objection of the Debtor to Proof of Claim #7 filed in this case by William C. Johnson, Jr., any response thereto, and there being no genuine issue of material fact and Debtor being entitled to judgment as a matter of law for the reasons stated in the Motion, it is hereby

ORDERED that the Motion is GRANTED and proof of claim #7 is DISALLOWED in its entirety.

Copies to:

William Johnson (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order

