United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-11103-MCR

Trudah A Harding                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + | Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |
| cr | + | William C Johnson, Jr, The Johnson Law Group, LLC, 6305 Ivy Lane, Suite 630, GREENBELT, MD 20770-6367 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com<br>vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,rparadis@shulmanrogers.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Seth W Diamond | sdiamond@shulmanrogers.com  w.sr69548@notify.bestcase.com |
| William C. Johnson | wcjjatty@yahoo.com  wjohnson@dcmdconsumerlaw.com,johnsonwr90391@notify.bestcase.com |

District/off: 0416-0

Date Rcvd: Aug 05, 2026

TOTAL: 5

User: admin

Form ID: pdfparty

Page 2 of 2

Total Noticed: 3

Entered: August 5th, 2026
Signed: August 5th, 2026

**DENIED**

On July 21, 2026, the Court entered an order abstaining from exercising jurisdiction with regard to the adjudication of the Debtors liability on the claimants breach of contract claim and the liquidation of any damages on account of that claim pursuant to 28 U.S.C. § 1334(c)(1). Therefore, the motion for summary judgment is denied as moot.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                          *

    Trudah A. Harding                    *       Case No. 25-11103
            Debtor.                      *       (Chapter 13)
                                                *
_____

**ORDER- MOTION FOR SUMMARY JUDGMENT ON OBJECTION TO PROOF OF CLAIM #7**
**(William C. Johnson, Jr.)**

**UPON CONSIDERATION** of the Motion for Summary Judgment on Objection to Proof of Claim #7, and any opposition thereto, it is hereby

**ORDERED**, Motion for Summary Judgment on Objection to Proof of Claim #7, is **DENIED**, and it is,

**FURTHER ORDERED**, Proof of Claim #7 is an Allowed Claim.

Cc:

William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

**End of Order**