**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

　/s/ Daniel M. Press　　　　
Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF, as follows:

Seth W Diamond sdiamond@shulmanrogers.com, w.sr69548@notify.bestcase.com

Rebecca A. Herr ecf@ch13md.com

William C. Johnson wcjjatty@yahoo.com, wjohnson@dcmdconsumerlaw.com, johnsonwr90391@notify.bestcase.com

Benjamin Smith bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, MZawalick@shulmanrogers.com, tlong@shulmanrogers.com, rparadis@shulmanrogers.com

_/s/ Daniel M. Press_____
Daniel M. Press

2