**IN THE UNITED STATES BANKRUPTC COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| TRUDAH A. HARDING, | * | Case No. 25-11103 |
| Debtor(s). | * | (Chapter 13) |
| | * | |

**STATUS REPORT**

**COMES NOW**, Claimant William C. Johnson, Jr, hereby files the instant Status Report. The Claimant states as follows:

1. The Claimant filed a Motion for Summary Judgment in the District of Columbia Superior Court.
2. The opposition to the Motion for Summary Judgment was due September 25, 2026.
3. Attorney Dan Press informed the Claimant that he was entering an appearance in the D.C. Superior Court matter and sought Claimant's consent to extend the period for a response to the Motion for Summary Judgment. Claimant Consented.
4. The D.C. Superior Court entered an Order requiring the Debtor to respond to the Motion for Summary Judgment by October 9, 2026.
5. A hearing is scheduled to occur in D.C. Superior Court on October 23, 2026.

October 5, 2026

***/s/ William C. Johnson, Jr.***
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
William@JohnsonLG.Law
(202) 431-2650

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 5, 2026, a copy of the foregoing was sent via ECF to the following:

Trudah Harding

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

October 5, 2026

***/s/ William C. Johnson, Jr.***
William C. Johnson, Jr., Esq.