Entered: October 20th, 2026

Signed: October 19th, 2026

**SO ORDERED**

No opposition filed. The Court retains jurisdiction with regard to the motion for direct payment filed on October 19, 2026 by the Debtor's counsel.

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Greenbelt

In re: Case No.: **25−11103 − MCR** Chapter: **13**

**Trudah A Harding**
Debtor

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on 9/24/2026, confirmation of the Debtor's proposed Chapter 13 Plan was denied without leave to amend. The Debtor has not properly prosecuted this action by electing to convert this Chapter 13 case to a case under another chapter or to dismiss within the time allowed by aforesaid Order.

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of 0.00 and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc: Debtor
Attorney for Debtor − Daniel M. Press
Case Trustee − Rebecca A. Herr

**End of Order**

15x11 (rev. 12/13/2012) − DanielWalston