**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF MOTION TO DIRECT PAYMENT OF ATTORNEY'S FEES**

I hereby certify that on this 21st day of October, 2026, I caused a copy of the MOTION TO DIRECT PAYMENT OF ATTORNEY'S FEES to be served by first class mail, postage prepaid (or CM/ECF as indicated) upon the US Trustee and all creditors holding claims for which proofs of claim were filed, addressed as follows:

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Charity At Its Best, c\o Rebekah F. Paradis and Benjamin P. Smith
By CM/ECF: bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com, MZawalick@shulmanrogers.com, tlong@shulmanrogers.com, rparadis@shulmanrogers.com

Pepco
701 Ninth Street N.W.
Washington, DC

Office of the Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street - Suite 230
Baltimore, MD 21202

Washington Suburban Sanitary Commission
14501 Sweitzer Lane
Laurel, MD 20707

William C. Johnson, Jr. (by CM/ECF wcjjatty@yahoo.com, wjohnson@dcmdconsumerlaw.com, johnsonwr90391@notify.bestcase.com

_/s/ Daniel M. Press________________________

Daniel M. Press, Esq. #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us