United States Bankruptcy Court
District of Maryland

In re: Case No. 25-11103-MCR
Trudah A Harding Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: ntcdsm Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |
| cr | + | Charity At Its Best, Shulman Rogers, P.A., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854 UNITED STATES 20854-6803 |
| cr | + | William C Johnson, Jr, The Johnson Law Group, LLC, 6305 Ivy Lane, Suite 630, GREENBELT, MD 20770-6367 |
| 32774091 | + | BENJAMIN P. SMITH, TRUSTEE, ROBEKAH F. PARADIS, TRUSTEE, SHULMAN ROGERS, P.A., 12505 Park Potomac Avenue, Sixth Floor Potomac, Maryland 20854-6801 |
| 32774090 | + | CHARITY AT ITS BEST, 6000 S Fashion Blvd., Suite 102, Murray, Utah 84107-5436 |
| 32775710 | + | Charity At Its Best, c/o Rebekah F. Paradis, Benjamin P. Smith, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854-6801 |
| 32906400 | + | Montgomery County MD, 27 Courthouse Square, Suite 200, Rockville, MD 20850-2308 |
| 32774089 | + | ROB HAERTEL, INC., 6000 S Fashion Blvd., Suite 102, Murray, Utah 84107-5436 |
| 32906401 | + | William C Johnson, 1310 L St NW, Washington, DC 20005-4383 |
| 32977757 | + | William C. Johnson, Jr., 6305 Ivy Lane, Suite 630, Greenbelt, Maryland 20770-6367 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@ch13md.com | Oct 31 2026 10:28:00 | Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401-7623 |
| 32870494 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 31 2026 10:28:00 | Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street - Suite 230, Baltimore, MD 21202 |
| 32819322 | | EDI: JEFFERSONCAP.COM | Oct 31 2026 14:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32832300 | + | Email/Text: Bankruptcy_General@pepco.com | Oct 31 2026 10:29:00 | Pepco, 701 Ninth Street N.W., Washington, DC 20001-4572 |
| 32822103 | + | Email/Text: Bankruptcy_General@pepco.com | Oct 31 2026 10:29:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 32912892 | + | Email/Text: Bankruptcy@wsscwater.com | Oct 31 2026 10:29:00 | Washington Suburban Sanitary Commission, 14501 Sweitzer Lane, Laurel, MD 20707-5901 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32906608 | *+ | Montgomery County MD, 27 Courthouse Square, Suite 200, Rockville, MD 20850-2308 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,rparadis@shulmanrogers.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Seth W Diamond | sdiamond@shulmanrogers.com w.sr69548@notify.bestcase.com |
| William C. Johnson | wcjjatty@yahoo.com wjohnson@dcmdconsumerlaw.com,johnsonwr90391@notify.bestcase.com |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **25–11103 – MCR** Chapter: **13**

**Trudah A Harding**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 10/20/26.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 10/20/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

Form ntcdsm