United States Bankruptcy Court
District of Maryland

In re:
Trudah A Harding
Debtor

Case No. 25-11103-MCR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 1
Date Rcvd: Nov 20, 2026 Form ID: pdfparty Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trudah A Harding, 13604 Canal Vista Court, Potomac, MD 20854-1028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Smith | bsmith@shulmanrogers.com vdeguzman@shulmanrogers.com,MZawalick@shulmanrogers.com,tlong@shulmanrogers.com,rparadis@shulmanrogers.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| Seth W Diamond | sdiamond@shulmanrogers.com w.sr69548@notify.bestcase.com |
| William C. Johnson | wcjjatty@yahoo.com wjohnson@dcmdconsumerlaw.com,johnsonwr90391@notify.bestcase.com |

TOTAL: 5

Entered: November 20th, 2026

Signed: November 19th, 2026

**SO ORDERED**

No opposition filed.

Maria Ellena Chavez-Ruark

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Trudah A. Harding | ) | |
| | ) | No. 25-11103-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DIRECT PAYMENT**

**UPON CONSIDERATION** of Counsel's Motion to Direct Payment and any response thereto, it is, by the U.S. Bankruptcy Court for the District of Maryland

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Chapter 13 Trustee shall pay directly to Daniel M. Press, Esq., from the pre-confirmation payments made by the Debtor, towards the balance of the attorney's fees due ($3800.00), such sums as are being held by the Trustee, less any Trustee fees due and owing..

cc: Debtor
Debtor's Counsel (via ECF)
Chapter 13 Trustee (via ECF)

END OF ORDER